# United States Bankruptcy Court
# Central District Of California

In re:
Leonarda G Aguilar

CHAPTER NO.: 13

CASE NO.: 1:09–bk–12118–KT

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 15 days from filing of your petition:

- ☑ Verification of Creditor Mailing List. [Local Rule 1007–2(d)]
- ☑ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
- ☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
- ☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002–1(g)]
- ☑ Statistical Summary of Certain Liabilities
- ☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

    Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: February 26, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: Rosalyn Toomer**
**Deputy Clerk**

CCDN – Revised 03/24/2008                                                                                         **1 /**