| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** ||
| In re:<br>Leonarda G Aguilar | CHAPTER NO.: 13 |
| | CASE NO.: 1:09–bk–12118–KT |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule A**
**Schedule G**
**Statement – Form 22C**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**
**Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 15 days after you filed the petition</u> , **YOU MUST EITHER:**

(1)    File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

        Chapter 13    1 Original and 1 Copy

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                              **JON D. CERETTO, CLERK OF COURT**
Dated: <u>February 26, 2009</u>

                                                              **By: <u>Rosalyn Toomer</u>**
                                                               **Deputy Clerk**