**United States Bankruptcy Court**
**Central District Of California**

In re:
Leonarda G Aguilar

CHAPTER NO.: 13

CASE NO.: 1:09−bk−12118−KT

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 15 days from filing of your petition:

- ☒ Verification of Creditor Mailing List. [Local Rule 1007−2(d)]
- ☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002−1(g)]
- ☒ Statistical Summary of Certain Liabilities
- ☒ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: February 26, 2009

**By: Rosalyn Toomer**
**Deputy Clerk**

CCDN − Revised 03/24/2008                                                                                                                           **1 /**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: rtoomerC              Page 1 of 1              Date Rcvd: Feb 27, 2009
Case: 09-12118                 Form ID: ccdn               Total Served: 4

The following entities were served by first class mail on Mar 01, 2009.
db          +Leonarda G Aguilar,    13781 Eldridge Avenue,    Sylmar, CA 91342-1764
aty         +Todd J Roberts,    16601 Ventura Blvd 4th Fl,    Encino, CA 91436-1921
tr          +Elizabeth (SV) Rojas,    Noble Professional Center,    15060 Ventura Blvd., Suite 240,
              Sherman Oaks, CA 91403-2436
ust         +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**                           **Signature:**    *Joseph Speetjens*