| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Leonarda G Aguilar | CHAPTER NO.:  13 |
| | CASE NO.: 1:09–bk–12118–KT |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule A**
**Schedule G**
**Statement – Form 22C**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**
**Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 15 days after you filed the petition</u> , **YOU MUST EITHER:**

(1)  File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

       Chapter 13     1 Original and 1 Copy

**OR**

(2)  File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                               **JON D. CERETTO, CLERK OF COURT**
Dated: <u>February 26, 2009</u>

                                                                                 **By: <u>Rosalyn Toomer</u>**
                                                                                    **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: rtoomerC              Page 1 of 1               Date Rcvd: Feb 27, 2009
Case: 09-12118                Form ID: deforco            Total Served: 4

The following entities were served by first class mail on Mar 01, 2009.
db           +Leonarda G Aguilar,    13781 Eldridge Avenue,    Sylmar, CA 91342-1764
aty          +Todd J Roberts,    16601 Ventura Blvd 4th Fl,    Encino, CA 91436-1921
tr           +Elizabeth (SV) Rojas,    Noble Professional Center,    15060 Ventura Blvd., Suite 240,
               Sherman Oaks, CA 91403-2436
ust          +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**               **Signature:** _Joseph Speetjens_