| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Todd J. Roberts**<br>**Law Offices of Todd J. Roberts**<br>**16601 Ventura Blvd. Fourth Floor**<br>**Encino, CA 91436**<br>**818 906-8000 Fax: 818 906-8099**<br>California State Bar Number: **181945**<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER **SV 09-12118 KT** |
| In re<br><br>    Leonarda G Aguilar<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Leonarda G Aguilar__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __February 26, 2009__.

2. I am the owner of real property[1] at the following street address:

    __13781 Eldridge Ave, Sylmar, CA 91342__

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Ocwen Loan Servicing__.

    b. Second deed of trust in favor of _____ *(if applicable).*

    c. Third deed of trust in favor of _____ *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2003*                                                                                                        **F 3015-1.4**
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

F 3015-1.4

| In re Leonarda G Aguilar | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV 09-12118 KT |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Ocwen Loan Servicing** | $8,417.57 | 3/1/09 | 4/8/09 |
| Creditor | | | |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003                                                                                                  F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*     F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>**Leonarda G Aguilar**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **SV 09-12118 KT** |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,     ☐ money orders,     ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **April 8, 2009**          Signature _____
                                          Leonarda G Aguilar
                                          Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003                                                                                                            F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

## DECLARATION OF TODD J. ROBERTS

**I, Todd J. Roberts,** declare:

I know the following facts to be true from my personal knowledge, except those facts which are stated on information and belief and as to those facts I believe the to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am the attorney of record in the instant case.
2. On April 8, 2009, I received a mortgage payment on behalf of my client.
3. On April 8, 2009, I mailed a mortgage payment to Ocwen Loan Servicing in the sum of $8,417.57. This payment was intended for the month of March, 2009 post-petition mortgage payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and complete to the best of my knowledge.

Executed at Los Angeles, California, on this 8th day of April, 2009.

Todd J. Roberts
Attorney for debtor

# Bank of America

**Cashier's Check**

No: 413601787

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90 day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Banking Center: SYLMAR

0000385  00007  003601787

Date: APRIL 07, 2009

11-35/1210
NCA

SV09-12118 KT    3/09 mt

Remitter (Purchased By): ALICIA DUENEZ DEAGUILAR

LOAN # 0020091252

Pay: **FOUR THOUSAND TWO HUNDRED NINE DOLLARS AND 00 CENTS**

$*4209.00**

To The Order Of: **OCWEN LOAN SERVICING**
**ALSO FROM: LEONARDA G AGUILAR**

Authorized Signature

Bank of America, N.A.
San Francisco, CA

**VOID AFTER 90 DAYS**

⑈413601787⑈ ⑆121000358⑆ 13970⑈85076⑈

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

# Bank of America

Cashier's Check

No. 413601788

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date: APRIL 07, 2009

11-35/1210
NCA

Banking Center: SYLMAR

0000385  00007  003601788

ALICIA DUENZ DEAGUILAR
Remitter (Purchased By)

Pay To The Order Of: **OCWEN LOAN SERVICING**
**ALSO FROM: LEONARDA G AGUILAR**

**FOUR THOUSAND TWO HUNDRED EIGHT DOLLARS AND 57 CENTS**

$ **4208.57**

Loan # 002009125.2

Authorized Signature

Bank of America, N.A.
San Francisco, CA

VOID AFTER 90 DAYS

⑆413601788⑆ ⑈121000358⑈ 13970⑆85076⑆

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK        THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

Handwritten: S V09-12118 KT  3/09 pmt

# **PROOF OF SERVICE BY U.S. MAIL**

STATE OF CALIFORNIA         )
                            )SS
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 16601 Ventura Blvd., Fourth Floor, Encino, CA 91436.

On April 8, 2009 I served the foregoing document(s) described as:

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

On all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for delivery with the United States Postal Carrier at Los Angeles, California, addressed as follows:

**See Attached Mailing List**

**[X] Via United States First Class Mail**: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with United States Postal Office. The within correspondence will be deposited with United States Post Office on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 8th day of April, 2009 at Los Angeles, California.

_Ana Galindo_

Ana Galindo

1

2   Leonarda Guadalupe Aguilar
    13781 Eldridge Ave
3   Sylmar, CA 91342

4
    Elizabeth F. Rojas
5   Chapter 13 Trustee
    15060 Ventura Blvd. Bldg. B
6   Suite 400
    Sherman Oaks, CA 91403
7
    Ocwen Loan Servicing
8   P.O. Box 6440
    Orlando, FL 32878
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28