1  LAW OFFICES OF TODD J. ROBERTS
   Todd J. Roberts SBN 181945
2  16601 Ventura Boulevard
   Fourth Floor
3  Encino, CA 91436
   Tel. (818) 906.8000
4  Fax (818) 906.8099

5  Attorney for Debtor

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                    SAN FERNANDO VALLEY DIVISION

10                                          Chapter 13

11  In re                          )    Case No. SV 09-12118 KT
                                   )
12      LEONARDA AGUILAR,          )    NOTICE OF CONTINUED
                                   )    CONFIRMATION HEARING.
13                                 )
        Debtor.                    )    **CONTINUED CONFIRMATION HEARING**
14                                 )
    _____) NEW DATE:   June 2, 2009
15                                      TIME:    10:00 A.M.
                                        PLACE:   Courtroom 301
16                                               21041 Burbank Blvd.
                                                 Woodland Hills, CA
17

18      TO: THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY

19  JUDGE, ELIZABETH ROJAS, AND ALL OTHER INTERESTED PARTIES AND

20  THEIR RESPECTIVE COUNSEL OF RECORD:

21      **PLEASE TAKE NOTICE** that the debtor's confirmation hearing has

22  been continued to the above mentioned date, time and location.

23

24  Dated:    April 9, 2009              RESPECTFULLY SUBMITTED,

25                                       LAW OFFICES OF TODD J. ROBERTS

26

27                                       By:_____
                                              Todd J. Roberts
28                                            Attorney for Debtor

## PROOF OF SERVICE BY U.S. MAIL

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 16601 Ventura Boulevard, 4th Floor, Encino, CA 91436.

On April 15 2009, I served the foregoing document(s) described as:

**NOTICE OF CONTINUED CONFIRMATION HEARING.**

On all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for delivery with the United States Postal Carrier at Los Angeles, California, addressed as follows:

**See Attached Mailing List**

**[X] Via United States First Class Mail**: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with United States Postal Office. The within correspondence will be deposited with United States Post Office on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in this affidavit.

[    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 15th Day of April, 2009 at Encino, California.

_____
Ana Galindo

Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
Phoenix, AZ 85012


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
APN#2503-010-029
Phoenix, AZ 85012


CACH LLC
1101 Capital of Texas Highway
Building K, Suite 150
Austin, TX 78746


Caine And Weiner
21210 Erwin Street
Woodland Hills, CA 91367


California Credit Union
P.O. BOX 29100
Glendale, CA 91209


Countrywide
P.O. BOX 10287
Van Nuys, CA 91410

Credit Protection Association
P.O. Box 7813
Baldwin Park, CA 91706


Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Ste#240
Sherman Oaks, CA 91403


Franchise Tax Board
Attention: Bankruptcy
P.O. BOX 2952
Sacramento, CA 95812


Herbert P. Sears Collection Agency
PO box 1231
Bakersfield, CA 93303


Internal Revenue Service
Mail Stop 5021
300 N. Los Angeles Street
Los Angeles, CA 90012


Mervyn's
Retailer National Bank
P.O. BOX 960013
Orlando, FL 32896-0013


Ocwen Loan Servicing
P.O. BOX 6440
Orlando, FL 32878


Ocwen Loan Servicing
P.O. BOX 785063
Orlando, FL 32878

Pacific Gas & Electricity


Portfolio Recovery
120 Corporate Blvd., #1
Norfolk, VA 23502


Progressive Management Systen
1521 W. Cameron Ave., Fl. 1
West Covina, CA 91790


WFNNB-The Avenue
P.O. BOX 659584
San Antonio, TX 78265