1  **DECLARATION OF SHAHRAM FAHIMDEJBAN IN SUPPORT OF VALUATION OF**

2  **DEBTOR'S REAL PROPERTY.**

3  **U.S.B.C. CASE NO.: SV 09-12118 KT**

4  I, SHAHRAM FAHIMDEJBAN, declare:

5      1.   I am a licensed real estate appraiser, State of
6  California license number AL 040668. I was retained by counsel for
7  Movant, Todd J. Roberts on behalf of debtor, Leonarda G Aguilar
8  (the "debtor") on or about March 11, 2009 to examine and appraise
9  a single family residence located 13781 Eldridge Avenue, Sylmar, CA
10 91342 (the "subject property") **APN: 2503-010-029.**

11     I make this declaration based upon my own personal, first
12 hand knowledge, my education, training and experience in the field
13 of real estate appraisal and if called as a witness, I could and
14 would competently and truthfully testify thereto.

15     2.   As a licensed residential real estate appraiser, I
16 perform approximately thirty (30) to forty (40) residential
17 appraisals per month, primarily in Los Angeles and San Bernadino
18 Counties.

19     3.   I have completed a number of courses presented at the
20 American Institute of Real Estate Appraisers and Appraiser Training
21 Services covering various aspects of real estate appraisal.

22     4.   On or about March 11, 2009, I had occasion to conduct
23 an appraisal of the subject property. Attached hereto and
24 incorporated by reference herein as **Exhibit "A"** is a true and
25 complete copy of the March 12, 2009 appraisal report I performed
26 and drafted for the debtor.

27     5.   In preparing the appraisal report, I performed market
28 research, inspected the residence, both interior and exterior,

measured the Residence to determine the square footage, surveyed the immediate neighborhood and reviewed property profile information and obtained records from the County Recorder's office regarding permitting. The subject property as originally built has three (3) bedrooms and three (3) baths and approximately 3,301 of livable square feet.

6. In determining the fair market value for the subject property, I used both the sales comparison approach and the cost approach, with the greater weight given to the sales comparison approach. I consider the sales approach to be the most reliable in determining fair market value because it more accurately simulates buyers' perceptions and actions.

7. Based upon my observations, inspection of the subject property, and market research as well as my training, education and experience as a licensed residential appraiser, it is my professional opinion that the subject property has a fair market value of $575,000.00 as of March 12, 2009.

8. I have no present or contemplated future interest in the subject property described in the appraisal report attached hereto as **Exhibit "A."** Neither my employment nor compensation for this appraisal is contingent upon the value found.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Executed this 1st day of May, 2009 at Los Angeles, California.

*[signature]*
Shahram Fahimdejban
California Appraisal License No. AL040668

# EXHIBIT "A"

## General

| | |
|---|---|
| File No.: | Eldridge_13781_GTR |
| Case No: | |
| Client File No.: | |
| Tracking No.: | |
| Filename: | C:\Program Files\ACI32\REPORTS\Eldridge_13781_GTR.aci |
| Loan Type: | Litigation |
| Job Type: | Fee Appraisal |
| Property Type: | SFR |
| Form Type: | GPAR |

## Property Information

| | |
|---|---|
| Address: | 13781 Eldridge Ave |
| City: | Sylmar |
| County: | Los Angeles |
| St: | CA |
| Zip: | 91342-1764 |
| Location: | |
| Map No: | 2-F2 / 482-C2 |
| Census: | |
| Legal: | *TR=THE MACLAY RANCHO*NW 172.87 FT OF SE 1037.23 FT OF NE 630 FT(EX ( |
| Sale Price: | |
| Refinance | |
| Loan Amt.: | N/A |
| Date of Sale: | |
| Rooms: | 7 |
| Bedrooms: | 3 |
| Baths: | 3.00 |
| Appraised Value: | $575,000 |
| Borrower First: | Leonarda |
| Last: | Aguilar |
| Owner: | Leonarda Aguilar |

## Status / Dates

| | |
|---|---|
| Ordered: | 03/11/2009 |
| Due: | |
| Assigned: | 03/11/2009 |
| Inspected: | March 12, 2009 |
| Reviewed: | |
| Signed: | 03/14/2009 |
| Fax/EDI: | |
| Delivered: | |
| Invoiced: | |
| User Defined: | |
| Cancelled: | |
| Paid: | |

## Client Information   [X] Ordered By   [ ] Bill To   [ ] Send To

| | |
|---|---|
| Client: | Todd Roberts |
| Branch: | Encino |
| Address: | 16601 Ventura Blvd |
| City: | Encino |
| State: | CA |
| Zip: | 91436 |
| Phone: | 818-906-8000 |
| Fax: | 818-906-8099 |
| Contact: | Todd Roberts |
| Misc: | tbulldawgs@aol.com |

## Billing Information

| | |
|---|---|
| Invoice No.: | 09-00169 |
| Fee: | $350.00 |
| Tax: | $0.00 |
| Total Amount: | $350.00 |
| Payment 1: | $350.00 |
| Check #: | Date: |
| Payment 2: | |
| Check #: | Date: |
| Due: | $0.00 |

## Client Information   [ ] Bill To   [ ] Send To

(blank)

## Appraiser/Broker Information

| | |
|---|---|
| Name: | Shahram Fahimdejban |
| Cert #: | |
| License #: | AL040668   State: CA |
| Exp. Date: | 07/06/2010 |

## Primary Contact Information

Primary Contact: _____   Home Phone: _____
Best time to call: _____   Work Phone: _____

## Secondary Contact Information

Secondary Contact: _____   Home Phone: _____
Best time to call: _____   Work Phone: _____

## Special Instructions

## Comments

**California Real Estate Appraisal Team Executives**
(818) 770-6941

File No. Eldridge_13781_GTR

Date: 03/11/2009

Todd Roberts
Todd Roberts
16601 Ventura Blvd
Encino, CA 91436

File Number: Eldridge_13781_GTR

In accordance with your request, I have appraised the real property at:

13781 Eldridge Ave
Sylmar, CA 91342-1764

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of  March 12, 2009                               is:

$575,000
Five Hundred Seventy-Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

*[signature]*
Shahram Fahimdejban
19308 Miranda St
Tarzana, CA 91356

"A-2"

Restricted Use Residential Appraisal Report     File No. Eldridge_13781_GTR

This report is limited to the sole and exclusive use of the client. The appraisers opinion and conclusions set forth in this report may not be understood properly without additional information in the appraiser's workfile. The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name or Type/Intended User: Todd Roberts    E-mail: tbulldawgs@aol.com
Client Address: 16601 Ventura Blvd    City: Encino    State: CA    Zip: 91436
Intended Use: Litigation

Property Address: 13781 Eldridge Ave    City: Sylmar    State: CA    Zip: 91342-1764
Other Description (APN, Legal, etc.), if applicable: APN#2503-010-029 Legal; *TR=THE MACLAY RANCHO*NW 172.87 FT OF SE 1037.23 FT OF NE 630 FT(EX OF ST)OF    Owner: Leonarda Aguilar
Property Rights Appraised: [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)
Subject property existing use: SINGLE FAMILY RESID (0101)    Use reflected in appraisal.
My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date    Price    Source(s) Realquest - Public Record
Analysis of prior sale transfer history of the subject property (and comparable sales, if applicable): subject has not transferred during the previous 36 months. The prior sale was the initial sale of this property to the client. No prior sale for comparables within 12 months. No significant financial concessions were noted.

Offerings, options and contracts as of the effective date of the appraisal: The property is neither subject to a contract or option nor is it listed.

Marketability Comments: See Attached Addendum

Site Comments: The Subject site is a typical suburban interior lot in terms of size and appeal. Site Improvement and landscaping are typical for the area. No adverse easements or encroachments were noted.

Improvement Comments: See Attached Addendum

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 13781 Eldridge Ave Sylmar CA 91342-1764 | 13881 Eldridge Ave Sylmar CA 91342-0 | | 14944 Cobalt St Sylmar CA 91342-2037 | | 15436 Roxford St Sylmar CA 91342-1261 | |
| Proximity to Subject | | 0.06 miles NW | | 1.62 miles WSW | | 2.19 miles WSW | |
| Sale Price | $ 1,200,000 | $ 621,000 | | $ 485,000 | | $ 440,000 | |
| Sale Price/Gross Liv. Area | $ 363.53 sq.ft. | $ 234.16 sq.ft. | | $ 148.68 sq.ft. | | $ 184.64 sq.ft. | |
| Data Source(s) | | DOC# 1784282 | | DOC# 278637 | | DOC# 1800119 | |
| Verification Source(s) | Inspection | APN# 2503-003-017 | | APN# 2502-009-036 | | APN# 2501-010-024 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None Noted | | Conventional None Noted | | Conventional None Noted | |
| Date of Sale/Time | | 10/06/2008 | | 02/27/2009 | | 10/08/2008 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 106,650 Sq.Ft. | 10,001 Sq.Ft. | 72,000 | 27,000 Sq.Ft. | 60,000 | 34,600 Sq.Ft. | 54,000 |
| View | Residential | Mountains | -25,000 | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 56 years | 2 years | -100,000 | 59 years | | 63 years | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 3.00 | Total 8 / Bdrms 4 / Baths 3.00 | | Total 8 / Bdrms 4 / Baths 3.00 | | Total 7 / Bdrms 3 / Baths 2.00 | 6,000 |
| Gross Living Area 55.00 | 3,301 sq.ft. | 2,652 sq.ft. | 35,700 | 3,262 sq.ft. | 0 | 2,383 sq.ft. | 50,500 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | Similar | | Similar | | Similar | |
| Energy Efficient Items | Average | Superior | -25,000 | Average | | Average | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio | Similar | | Similar | | Similar | |
| Pool | Pool | None | 12,000 | None | 12,000 | None | 12,000 |
| Net Adjustment (Total) | | [ ]+ [X]- | $ 30,300 | [X]+ [ ]- | $ 72,000 | [X]+ [ ]- | $ 122,500 |
| Adjusted Sale Price of Comparables | | Net Adj. -4.9% Gross Adj. 43.4% | $ 590,700 | Net Adj. 14.8% Gross Adj. 14.8% | $ 557,000 | Net Adj. 27.8% Gross Adj. 27.8% | $ 562,500 |

Summary of Sales Comparison Approach: The sales utilized within the area were all considered good comparables located within the city of Sylmar. All comparables are similar age and condition as the subject property. Building areas were adjusted at $55.00 per square foot, based upon a depreciated building cost (no adjustments made if size difference is less than 100 square feet). Lot size was adjusted at $0.75/SF based on paired sales analysis. Lot size difference is based on excess land. All comparables were given equal weight in determining the subject property's market value. Due to lack of comps within one mile of the subject, search area was extended to 3 miles. Adjustemnts were made to view, year bulit and lot size.


"A-3"

Restricted Use Residential Appraisal Report                                       File No. Eldridge_13781_GTR

| Approaches to value developed: | [X] Sales Comparison Approach | [X] Cost Approach | [ ] Income Approach |

Reasons for excluding an approach to value: The income approach was excluded because there was insufficient data to develop a credible opinion and because the majority of properties in the neighborhood are owner occupied.

Reconciliation comments: The sales comparison analysis is given primary consideration since it best reflects what a typical buyer/seller would agree upon. The cost approach is weighed secondary and lends support. The income approach is excluded, as the area is primarily owner occupied

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of  03/12/2009 , which is the effective date of this appraisal, is:
[X] Single point $ 575,000     [ ] Range $ _____ to $ _____    [ ] Greater than  [ ] Less than  $ _____

**Appraiser's Certification**

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
See Attached Addendum

Additional Certifications:

Definition of Value:  [X] Market Value   [ ] Other Value:
Source of Definition: The Appraisal of Real Estate; Twelfth Edition; Appraisal Institute, 2001
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specific date and the passing of title from seller to buyer under conditions whereby:
1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

| APPRAISER | CO-APPRAISER |
|---|---|
| Signature: _(signed)_ | Signature: |
| Name: Shahram Fahimdejban | Name: |
| State Certification # | State Certification # |
| or License # AL040668 | or License # |
| or Other (describe): _____ State #: _____ | or Other (describe): _____ State: _____ |
| State: California | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 07/06/2010 | Date of Signature: |
| Date of Signature and Report: 03/14/2009 | Date of Property Viewing: |
| Date of Property Viewing: | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |
| [ ] Interior and Exterior  [X] Exterior Only  [ ] Did not personally view | |



gpar

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 3

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. All Rights Reserved
(gPAR™) General Purpose Appraisal Report 04/2007
GPARRES2 08112008

"A-4"

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as "the type and extent of research and analyses in an assignment." In short, scope of work is what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not a home inspection or environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is not consistent with the definition of Market Value for property insurance coverage/use unless otherwise stated by the appraiser.

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



"A-5"

**ADDENDUM**

| Client: Todd Roberts | | File No.: Eldridge 13781 GTR |
|---|---|---|
| Property Address: 13781 Eldridge Ave | | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |

**Comments of the Digital Signature**
This appraisal is digitally signed. The digital signatures require a security password known only by the singer. Copies of the digitally signed appraisal may be delivered electronically, however, no changes can be made by anyone other than the signatories to any portion of the appraisal, once it has been digitally signed. The digital signature used on this appraisal is an accurate representation of signer's signatures.

**Neighborhood Market Conditions**
Generally marketing conditions within the neighborhood are declining similar to most new housing tracts in the mid price range in Sylamr area of Los Angeles county. Typical financing exists, predominantly consisting of conventional fixed and ARM's. Financing for jumbo loans or for people with less than excellent credit is difficult to find and expensive. The sub-prime market collapse has significantly reduced the amount of financing available.
Marketing time is increasing as the market see larger amounts of inventory. Marketing time is between 3 and 6 months if the property is priced attractively. Typical financing concessions are evident. Marketing time is approximately 3-6 months.
Marketing analysis of comparative properties indicate that property values are stable declining;as there is an oversupply of properties for sale.
DQNews reports that the median priced home fell 35.2% in 2008. The DQNews report for the subject's zip code reports that the median priced home fell 34.6% when January 2008 is compared to January 2009. The month over month numbers can be misleading, but there is no doubt that the area is experiencing a decline in value similar to most areas in Southern California.

**Quality and Condition of Property**
Average quality in average condition.

EXTERIOR: Stucco over wood . Backyard has concrete patio. The yard is enclosedwith a wood wall fence. Exterior appears in good condition with additional flowers and bushes added to the front landscapingto improve curb appeal. The subject had a two car attached garage with a paneled garage door.

No personal property is included in the final evaluation.
Physical depreciation was considered within the norm for similar residences in the area. There was no functional or external obsolescence noted.

**Appraisal Assistance Comments**
10. Scope of Work did not include Cost or Income Approaches. The Cost and Income Approaches to Value are not necessary for the conclusion of value indicated in the report.
11. Scope of Work did include appraiser analyzing the properties which were locationally, functionally and physically the most similar to subject within the market data available to the appraiser. MLS data from market area was included within the development of the analysis.
12. Scope Of Work:: The appraiser's includes the appraiser inspecting the subject property for purposes of understanding the characteristics of the property which can be considered within the appraisal conclusions. The inspection for this Exterior inspection appraisal was from street area only.
An appraiser is not a structural engineer, soils engineer, architect or building contractor and any information stated in the report by the appraiser is limited to the Scope of Work of a visual inspection. The appraiser is not an environmental hazards inspector. Client should obtain appropriate inspections as these issues if Client wants them.
The Scope of Work included consideration as to the approaches to value necessary to complete the assignment based on what was stated as to type of value conclusion requested by Client and considered necessary by the Appraiser to make the conclusion of value. The Cost Approach and Income Approach to value were not requested, necessary and do not indicate conclusions of value necessary to complete the Sales Comparison approach to value. While considered by the appraiser these were not completed for this assignment.
This is a Summary Appraisal Report under SR 2-2(b) of USPAP in effect on the Date of Report.
13. An appraiser is not a structural engineer, structural pest control inspector, licensed roofing contractor, whole house inspector, building inspector and any information stated in the report by the appraiser is limited to the Scope of Work of a visual inspection.


"A-6"

| Client: Todd Roberts | | SUBJECT PROPERTY INDEPENDENT | File No.: Eldridge_13781_GTR |
|---|---|---|---|
| Property Address: 13781 Eldridge Ave | | | Case No.: |
| City: Sylmar | | State: CA | Zip: 91342-1764 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: March 12, 2009
Appraised Value: $ 575,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

"A-7"

| Client: Todd Roberts | COMPARABLE PHOTO ADDENDUM | |
|---|---|---|
| Property Address: 13781 Eldridge Ave | | File No: Eldridge_13781_GTR |
| | | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |



**COMPARABLE SALE #1**

13881 Eldridge Ave
Sylmar CA 91342-0
Sale Date: 10/06/2008
Sale Price: $ 621,000



**COMPARABLE SALE #2**

14944 Cobalt St
Sylmar CA 91342-2037
Sale Date: 02/27/2009
Sale Price: $ 485,000



**COMPARABLE SALE #3**

Sale Date:
Sale Price: $

"A-8"

15436 Roxford St
Sylmar CA 91342-1261
10/08/2008
40,0 00

"A-9"



"A-10"

| Client: Todd Roberts | | File No.: Eldridge_13781_GTR |
|---|---|---|
| Property Address: 13781 Eldridge Ave | | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |

California Real Estate Appraisal Team Executives



A-11

PLAT MAP

| Client: Todd Roberts | | File No.: Eldridge_13781_GTR |
|---|---|---|
| Property Address: 13781 Eldridge Ave | | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |



"A-12"



"A-13"


Subject Front View


Subject Rear View


Subject Street Scene


Sales Comp. 1


Sales Comp. 2


Sales Comp. 3


Location Map


Extra Map


Plat Map


Flood Map

"A-14"