| In re:<br>Leonarda G Aguilar | CHAPTER 13 |
| | CASE NUMBER SV 09-12118 KT |
| Debtor(s). | |
| | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16601 Ventura Boulevard, 4th Floor, Encino, CA 91436

A true and correct copy of the foregoing document described <u>Notice of Debtor's motion and motion for valuation of security, determination of secured status and avoidance of lien and modification of rights of junior lien holder, Countrywide Home Loan, Inc., its  assignees, transferees and successors in interest, if any (11 U.S.C. §§506(a) and 1322(b); FRBP 3012); Memorandum of points and authorities; and declarations of debtor, Leonarda G. Aguilar and California licensed real estate appraiser, Shahram Fahimdejban in support thereof.</u>   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

<u>UNITED STATES TRUSTEE</u>

Ustpregion16.wh.ecf@usdoj.gov

CHAPTER 13 TRUSTEE

cacb_ecf@ch13wla.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On   May 8, 2009,  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See attached Service list by Mail

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>Leonarda G Aguilar | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV 09-12118 KT |
|  |  |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 8, 2009 | Livier Mejia | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

## ATTACHMENT TO PROOF OF SERVICE MAILING MATRIX-2 PAGES

### DEBTOR
Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342

### ATTORNEY FOR DEBTORS
Law Offices of Todd J. Roberts
Todd J. Roberts, Esq.
16601 Ventura Blvd. 4th Floor
Encino, CA 91436

### CHAPTER 13 TRUSTEE
*served via email*

### UNITED STATES TRUSTEE
*served via email*

### RESPONDENT, COUNTRYWIDE HOME LOANS, INC. (2ND TD-JUNIOR LIEN HOLDER)
Countrywide Home Loans, Inc.
Bankruptcy Department
Attn: John D. Schlotter, Esq.
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024

### OFFICER OF RESPONDENT, COUNTRYWIDE HOME LOANS, INC.
Countrywide Home Loans, Inc.
Office of the President
Attn: Officer or Managing agent
Mail Stop S-V-314 B
P.O. Box 5170
Simi Valley, CA 93062

### COUNSEL FOR RESPONDENT, COUNTRYWIDE HOME LOANS, INC.
McCalla Raymer, LLC
National Bankruptcy Dept.
Attn: John D. Schlotter, Esq.
1544 Old Alabama Road
Roswell, Georgia 30076-2102
Loan No. *****9998

### AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR RESPONDENT
The Prentice-Hall Corporation System Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

1  *OTHER PARTIES OF INTEREST OR REQUESTING SPECIAL NOTICE SENT VIA*
2  *REGULAR FIRST CLASS MAIL*

3

4  **OFFICER OF BANK OF AMERICA, POSSIBLE SUCCESSOR IN INTEREST TO**
5  **RESPONDENT, COUNTRYWIDE HOME LOANS, INC., AS JUNIOR LIEN HOLDER,**
   Bank of America
6  Office of the President
   Attn: Officer or Managing or Serving Agent
7  100 No. Tyron Street
   Charlotte, NC 28255***
8

9  Bank of America, NA
   P.O. Box 30750
10 Los Angeles, CA 90030-0750

11 **AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR BANK OF AMERICA,**
12 **POSSIBLE SUCCESSOR IN INTEREST TO RESPONDENT, COUNTRYWIDE HOME**
   **LOANS, INC., AS JUNIOR LIEN HOLDER**
13 CT Corporation System
   Authorized service agent for Bank of America
14 818 West Seventh Street
15 Los Angeles, CA 90017

16 **OCWEN LOAN SERVICING (1st DOT-SENIOR LIEN HOLDER-NOTICE ONLY)**
   Ocwen Loan Servicing, LLC
17 Attn: Bankruptcy Department
   Attn: Jacqueline Bailey, Quality Control Bankruptcy Dept.
18 12650 Ingenuity Drive
19 Orlando, FL 32826

20

21

22

23

24

25

26

27

28