```
1  LAW OFFICE OF TODD J. ROBERTS
   Todd J. Roberts SBN 181945
2  16601 Ventura Boulevard
   Fourth Floor
3  Encino, CA 91436
   Tel. (818) 906.8000
4  Fax (818) 906.8099

5  Attorney for Debtor/Movant.

6
```




# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

**Chapter 13**

In re

LEONARDA G AGUILAR,

    Debtor/Movant.

Case No. SV 09-12118 KT

ORDER GRANTING DEBTOR'S MOTION FOR VALUATION OF SECURITY AND AVOIDANCE OF WHOLLY UNSECURED JUNIOR LIEN OF COUNTRYWIDE HOME LOANS, INC., ITS ASSIGNEES, AND/OR SUCCESSOR(S) IN INTEREST AS TO THE JUNIOR/SECOND DEED OF TRUST ONLY.

DATE:    June 2, 2009
TIME:    9:00 A.M.
PLACE:   21401 Burbank Blvd.
          Woodland Hills, CA
          Courtroom 301

### ORDER

This matter having come for hearing at the above referenced date, time and place, appearances have been made per the record, having considered the Motion and attached evidence filed by the Debtors, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT** the consensual, junior lien held by COUNTRYWIDE HOME LOANS, INC., its assignees, transferees, and/or successor(s) in interest, in the second position, holding the second/ junior deed

of trust on the property located at 13781 Eldridge Avenue, Sylmar, California 91342 and more particularly described as:

**The Maclay Rancho NW 172.87 FT of SE 1037.23 FT of NE 630 FT (EX of ST) APN no. 2503-010-029.**

is voided, extinguished and no longer enforceable as a lien against the property described above only upon the event of the debtor's completion of her confirmed Chapter 13 Plan and subsequent entry of the discharge order in the instant Chapter 13 case only.

**IT IS FURTHER ORDERED THAT** the debtor shall be excused from making monthly maintenance payments pursuant to the Respondent's note during the pendency of the case and as noted above, permanently relieved upon completion of a confirmed Chapter 13 plan and subsequent entry of the Chapter 13 discharge in the instant action.

**IT IS FURTHER ORDERED THAT** the claim of the Respondent, Countrywide Home Loans, Inc., or its assignees or successors in interest, in the junior position only, shall be treated as a general unsecured claim and shall be paid through the plan, *pro rata*, with all other general unsecured claims in the event that Respondent files a claim.

Dated: JUN 1 0 2009

_____
HONORABLE KATHLEEN THOMPSON
UNITED STATES BANKRUPTCY JUDGE

-2-

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>LEONARDA G. AGUILAR | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER: SV 09-12118 KT |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER GRANTING DEBTOR'S MOTION FOR VALUATION OF SECURITY AND AVOIDANCE OF WHOLLY UNSECURED JUNIOR LIEN OF COUNTRYWIDE HOME LOANS, INC., ITS ASSIGNEES, AND/OR SUCCESSOR(S) IN INTEREST AS TO THE JUNIOR/SECOND DEED OF TRUST ONLY.

   was entered on *(specify date)*: JUN 11 2009

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): JUN 11 2009

Dated: JUN 11 2009

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Leonarda G. Aguilar
13781 Eldrigde Ave.
Sylmar, CA 91342

LAW OFFICES OF TODD J. ROBERTS
Todd J. Roberts
16601 Ventura Blvd., 4th Fl.
Encino, CA 91436

Elizabeth F. Rojas
Chapter 13 Trustee
15060 Ventura Blvd #240
Sherman Oaks, CA 91403

# PROOF OF SERVICE BY U.S. MAIL

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 16601 Ventura Boulevard, 4th Floor, Encino, CA 91436.

On June 3, 2009, I served the foregoing document(s) described as:

**ORDER GRANTING DEBTOR'S MOTION FOR VALUATION OF SECURITY AND AVOIDANCE OF WHOLLY UNSECURED JUNIOR LIEN OF COUNTRYWIDE HOME LOANS, INC., ITS ASSIGNEES AND/OR SUCCESSOR (S) IN INTEREST AS TO THE JUNIOR/SECOND DEED OF TRUST ONLY.**

On all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for delivery with the United States Postal Carrier at Los Angeles, California, addressed as follows:

   **See Attached Mailing List**

[X] **Via United States First Class Mail**: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with United States Postal Office. The within correspondence will be deposited with United States Post Office on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in this affidavit.

[     ] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this __3rd__ Day of June, 2009 at Encino, California.

_/s/ Ana Galindo_
Ana Galindo

## ATTACHMENT TO PROOF OF SERVICE MAILING MATRIX-2 PAGES

**DEBTOR**
Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342

**ATTORNEY FOR DEBTORS**
Law Offices of Todd J. Roberts
Todd J. Roberts, Esq.
16601 Ventura Blvd. 4th Floor
Encino, CA 91436

**CHAPTER 13 TRUSTEE**
*served via email*

**UNITED STATES TRUSTEE**
*served via email*

**RESPONDENT, COUNTRYWIDE HOME LOANS, INC. (2ND TD-JUNIOR LIEN HOLDER)**
Countrywide Home Loans, Inc.
Bankruptcy Department
Attn: John D. Schlotter, Esq.
7105 Corporate Drive
Mail Stop PTX-C-35
Plano, TX 75024

**OFFICER OF RESPONDENT, COUNTRYWIDE HOME LOANS, INC.**
Countrywide Home Loans, Inc.
Office of the President
Attn: Officer or Managing agent
Mail Stop S-V-314 B
P.O. Box 5170
Simi Valley, CA 93062

**COUNSEL FOR RESPONDENT, COUNTRYWIDE HOME LOANS, INC.**
McCalla Raymer, LLC
National Bankruptcy Dept.
Attn: John D. Schlotter, Esq.
1544 Old Alabama Road
Roswell, Georgia 30076-2102
Loan No. *****9998

**AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR RESPONDENT**
The Prentice-Hall Corporation System Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

*OTHER PARTIES OF INTEREST OR REQUESTING SPECIAL NOTICE SENT VIA REGULAR FIRST CLASS MAIL*

**OFFICER OF BANK OF AMERICA, POSSIBLE SUCCESSOR IN INTEREST TO RESPONDENT, COUNTRYWIDE HOME LOANS, INC., AS JUNIOR LIEN HOLDER,**
Bank of America
Office of the President
Attn: Officer or Managing or Serving Agent
100 No. Tyron Street
Charlotte, NC 28255***

Bank of America, NA
P.O. Box 30750
Los Angeles, CA 90030-0750

**AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR BANK OF AMERICA, POSSIBLE SUCCESSOR IN INTEREST TO RESPONDENT, COUNTRYWIDE HOME LOANS, INC., AS JUNIOR LIEN HOLDER**
CT Corporation System
Authorized service agent for Bank of America
818 West Seventh Street
Los Angeles, CA 90017

**OCWEN LOAN SERVICING (1st DOT-SENIOR LIEN HOLDER-NOTICE ONLY)**
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
Attn: Jacqueline Bailey, Quality Control Bankruptcy Dept.
12650 Ingenuity Drive
Orlando, FL 32826

- 2 -