**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

**STATUS REPORT - CASE #09-12118-KT  AS OF 7/16/2009**

LEONARDA G AGUILAR
13781 ELDRIDGE AVENUE
SYLMAR, CA  91342

| | | | |
|---|---|---|---|
| FILING DATE: | 02/26/2009 | | |
| 1ST MEETING DATE: | 04/08/2009 | | |
| CONFIRMATION DATE: | 01/01/1900 | | |
| TERM OF PLAN: | 0 MONTHS | | |
| PERCENT TO UNSECURED: | 0.00 | | |
| MONTHLY PLAN PMT AMT: | $0.00 | | |
| GROSS RECEIPTS: | $4,752.00 | | |
| REFUNDS FR CREDITORS: | $0.00 | | |
| NET PAID CREDITORS: | $0.00 | | |
| FEES PAID TO ATTY: | $0.00 | | |
| FEES PAID TO TRUSTEE: | $0.00 | | |
| REFUNDS TO DEBTOR: | $0.00 | | |
| BALANCE ON HAND: | $4,752.00 | | |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 06/10/2009 | $3,168.00 | 07/2009 | $0.00 |
| 04/13/2009 | $1,584.00 | 06/2009 | $3,168.00 |
| | | 05/2009 | $0.00 |
| | | 04/2009 | $1,584.00 |
| | | 03/2009 | $0.00 |
| | | 02/2009 | $0.00 |
| | | 01/2009 | $0.00 |
| | | 12/2008 | $0.00 |
| | | 11/2008 | $0.00 |
| | | 10/2008 | $0.00 |
| | | 09/2008 | $0.00 |
| | | 08/2008 | $0.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | TODD J ROBERTS & ASSOCIATES | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | OCWEN LOAN SERVICING ACCT# 0020091252 | PRINCIPAL RESIDENCE | 0.00 | $67,950.00 | $67,950.00 | $0.00 | $0.00 | $0.00 |
| 0002 | CALIFORNIA CREDIT UNION ACCT# 3718550 | SECURED CLASS 3 | 0.05 | $4,383.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | BAC HOME LOANS SERVICING ACCT# 9998 | PRINCIPAL RESIDENCE | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | BAC HOME LOANS SERVICING ACCT# 9998 | UNSECURED | 0.00 | $0.00 | $136,236.10 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED:    $0.00**

| | |
|---|---|
| DUPLICATE CLAIMS: | YOU MAY BELIEVE THAT CERTAIN CLAIMS ARE LISTED TWICE.  NEVERTHELESS, THE TRUSTEE IS REQUIRED TO PAY ALL CLAIMS UNTIL THE COURT DIRECTS OTHERWISE.  A LETTER TO THE TRUSTEE WILL NOT STOP PAYMENTS ON "DUPLICATE" CLAIMS, THE DEBTOR MUST SECURE AN ORDER FROM THE COURT.  PLEASE CONTACT YOUR ATTORNEY FOR ASSISTANCE. |
| FUTURE REPORTS: | STATUS REPORTS ARE MAILED EACH YEAR IN JANUARY AND JULY TO THE DEBTOR, THE ATTORNEY(S) FOR DEBTOR AND, UPON REQUEST TO ANY PARTY IN INTEREST. |
| COMPUTER ACCESS: -www.ch13wla.com | THE CHAPTER 13 TRUSTEE OFFERS ONLINE COMPUTER ACCESS TO YOUR FILE.  THIS ACCESS PERMITS YOU TO PRINT CURRENT STATUS REPORTS, PRECONFIRMATION MORTGAGE TRANSMITTAL INFORMATION AND OTHER CASE INFORMATION. |