| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd J. Roberts<br>Law Offices of Todd J. Roberts<br>16601 Ventura Blvd. Fourth Floor<br>Encino, CA 91436<br>818 906-8000  Fax: 818 906-8099<br>California State Bar Number: 181945<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER SV 09-12118 KT |
| In re<br><br>Leonarda G Aguilar<br><br><br>                                                   Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, __Leonarda G Aguilar__ _(Debtor's name)_, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __February 26, 2009__.

2. I am the owner of real property[1] at the following street address:

   __13781 Eldridge Ave, Sylmar, CA 91342__

   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Ocwen Loan Servicing__.

   b. Second deed of trust in favor of ____ _(if applicable)_.

   c. Third deed of trust in favor of ____ _(if applicable)_.

   _(Continued on next page)_

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 3*

F 3015-1.4

| In re Leonarda G Aguilar | Debtor(s). | CHAPTER 13 CASE NUMBER SV 09-12118 KT |
|---|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Ocwen Loan Servicing | $16,843.00 | 6/1/09 & 7/1/09 | 8/4/09 |
| Creditor | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003

F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re  Leonarda G Aguilar | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER **SV 09-12118 KT** |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **August 4, 2009**    Signature _/s/ Leonarda G Aguilar_
                                            Leonarda G Aguilar
                                            Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## DECLARATION OF TODD J. ROBERTS

**I, Todd J. Roberts**, declare:

I know the following facts to be true from my personal knowledge, except those facts which are stated on information and belief and as to those facts I believe the to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am the attorney of record in the instant case.
2. On <u>August 4, 2009</u>, I received the mortgage payments on behalf of my client.
3. On <u>August 4, 2009</u>, I mailed the mortgage payments to <u>Ocwen Loan Servicing</u> in the sum of <u>$16,843.00.</u> These payments are intended for the month of June and July, 2009 post-petition mortgage payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and complete to the best of my knowledge.

Executed at Los Angeles, California, on this 4th day of August, 2009.

_____
Todd J. Roberts
Attorney for debtor

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 16705894847
Year, Month, Day: 2009-08-03
Post Office: 913450
Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Ocwen
Address:
Memo: Loan # 0020091252
Clerk: SV 09-12119 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342
0005

:00000800 2:  1670589484 7

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 16705896131
Year, Month, Day: 2009-08-03
Post Office: 913450
Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Ocwen
Address:
Memo: Loan # 0020091252
Clerk: SV 09-12118 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342
0004

:00000800 2:  1670589613 1

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 16705267020
Year, Month, Day: 2009-08-03
Post Office: 913310
Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Ocwen
Address:
Memo: Loan # 0020091252
Clerk: SV 09-12118 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342
0003

:00000800 2:  1670526702 0

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 16705261607
Year, Month, Day: 2009-08-03
Post Office: 913310
Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢ ********************

Pay to: Ocwen
Address:
Memo: Loan # 0020091252
Clerk: SV 09-12118 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342
0005

:00000800 2:  1670526160 7

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 16705261585
Date: 2009-08-03  Post Office: 913310  Amount: $1000.00
Pay to: Ocwen
Address: Loan # 0020091252
Clerk: SV09-12118 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342

---

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 16706448595
Date: 2009-08-03  Post Office: 913400  Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢
Pay to: Ocwen
Address: Loan # 0020091252
Clerk: SV09-12118 KT
Leonarda Aguilar
13781 Elridge Ave
Sylmar, CA 91342

---

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 16706448584
Date: 2009-08-03  Post Office: 913400  Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢
Pay to: Ocwen
Address: Loan # 0020091252
Memo: 13781 Elridge Ave Sylmar 91342
Leonarda Aguilar
SV09-12118 KT

---

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 17074685564
Date: 2009-08-03  Post Office: 913421  Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢
Pay to: Ocwen
Address: Loan # 0020091252
Clerk: SV09-12118 KT
Guadalupe Aguilar
13781 Elridge Ave
Sylmar, CA 91342



**USPS Postal Money Order**
Serial Number: 16707389130
Date: 2009-08-04  Post Office: 913640  Amount: $150.00
ONE HUNDRED FIFTY DOLLARS & 00¢
Pay to: ocwen
Memo: Loan # 0020091252
Clerk: SV09-12118 KT
From: Guadalupe Aguilar, 13181 Eldridge Ave, Sylmar, CA 91342
Routing: :00000800 2:

**USPS Postal Money Order**
Serial Number: 17074685586
Date: 2009-08-03  Post Office: 913421  Amount: $693.00
SIX HUNDRED NINETY THREE DOLLARS & 00¢
Pay to: ocwen
Memo: Loan # 0020091252
Clerk: SV09-12118 KT
From: L. Guadalupe Aguilar, 13181 Eldridge Ave, Sylmar, CA 91342
Routing: :00000800 2:

**USPS Postal Money Order**
Serial Number: 16706448573
Date: 2009-08-03  Post Office: 913400  Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢
Pay to: ocwen
Memo: Loan # 0020091252
Clerk: SV09-12118 KT
From: Guadalupe Aguilar, Eldridge Ave, Sylmar, CA 91342
Routing: :00000800 2:

**USPS Postal Money Order**
Serial Number: 16707389073
Date: 2009-08-04  Post Office: 913640  Amount: $1000.00
ONE THOUSAND DOLLARS & 00¢
Pay to: ocwen
Memo: Loan # 0020091252
Clerk: SV09-12118 KT
From: Guadalupe Aguilar, Eldridge Ave, Sylmar, CA 91342
Routing: :00000800 2:





# PROOF OF SERVICE BY U.S. MAIL

STATE OF CALIFORNIA                )
                                                      )SS
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 16601 Ventura Blvd., Fourth Floor, Encino, CA 91436.

On August 4, 2009 I served the foregoing document(s) described as:

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

On all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for delivery with the United States Postal Carrier at Los Angeles, California, addressed as follows:

**See Attached Mailing List**

[X] **Via United States First Class Mail**: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with United States Postal Office. The within correspondence will be deposited with United States Post Office on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 4th day of August, 2009 at Los Angeles, California.

_Ana Galindo_
Ana Galindo

- 2 -

1 | Leonarda Guadalupe Aguilar
  | 13781 Eldridge Ave
2 | Sylmar, CA 91342

3 | Elizabeth F. Rojas
  | Chapter 13 Trustee
4 | 15060 Ventura Blvd. Bldg. B
  | Suite 400
5 | Sherman Oaks, CA 91403

6 | Ocwen Loan Servicing
  | P.O. Box 6440
7 | Orlando, FL 32878

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28