**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

### STATUS REPORT - CASE #09-12118-KT  AS OF 9/18/2009

LEONARDA G AGUILAR
13781 ELDRIDGE AVENUE
SYLMAR, CA  91342

| | |
|---|---|
| FILING DATE: | 02/26/2009 |
| 1ST MEETING DATE: | 04/08/2009 |
| CONFIRMATION DATE: | 08/04/2009 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 0.00 |
| MONTHLY PLAN PMT AMT: | $1,584.00 |
| GROSS RECEIPTS: | $7,920.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $2,628.00 |
| FEES PAID TO ATTY: | $4,500.00 |
| FEES PAID TO TRUSTEE: | $792.00 |
| REFUNDS TO DEBTOR: | $0.00 |
| BALANCE ON HAND: | $0.00 |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 08/06/2009 | $168.00 | 09/2009 | $0.00 |
| 08/06/2009 | $1,000.00 | 08/2009 | $3,168.00 |
| 08/06/2009 | $1,000.00 | 07/2009 | $0.00 |
| 08/06/2009 | $1,000.00 | 06/2009 | $3,168.00 |
| 06/10/2009 | $3,168.00 | 05/2009 | $0.00 |
| 04/13/2009 | $1,584.00 | 04/2009 | $1,584.00 |
| | | 03/2009 | $0.00 |
| | | 02/2009 | $0.00 |
| | | 01/2009 | $0.00 |
| | | 12/2008 | $0.00 |
| | | 11/2008 | $0.00 |
| | | 10/2008 | $0.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | TODD J ROBERTS & ASSOCIATES | ATTORNEY FEE | N/A | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 |
| 0001 | OCWEN LOAN SERVICING ACCT# 0020091252 | PRINCIPAL RESIDENCE | 0.00 | $67,950.00 | $67,950.00 | $2,628.00 | $0.00 | $65,322.00 |
| 0002 | CALIFORNIA CREDIT UNION ACCT# 3718550 | SECURED CLASS 3 | 0.05 | $4,383.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | BAC HOME LOANS SERVICING ACCT# 9998 | PRINCIPAL RESIDENCE | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | BAC HOME LOANS SERVICING ACCT# 9998 | UNSECURED | 0.00 | $0.00 | $136,236.10 | $0.00 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY - TAXES | 0.00 | $5,100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | FRANCHISE TAX BOARD | PRIORITY - TAXES | 0.00 | $3,100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | CACII LLC ACCT# 3143 | UNSECURED | 0.00 | $7,216.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | CAINE AND WEINER ACCT# 2774523 | UNSECURED | 0.00 | $146.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | COUNTRYWIDE ACCT# 9998 | UNSECURED | 0.00 | $120,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | CREDIT PROTECTION ASSOCIATION ACCT# 3016` | UNSECURED | 0.00 | $416.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | HERBERT P SEARS COLLECTION AGENCY ACCT# 4370 | UNSECURED | 0.00 | $61.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | MERVYNS | UNSECURED | 0.00 | $114.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | PACIFIC GAS AND ELECTRICITY ACCT# 4006 | UNSECURED | 0.00 | $83.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

### STATUS REPORT - CASE #09-12118-KT  AS OF 9/18/2009

### CONTINUED

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0014 | PACIFIC GAS AND ELECTRICITY ACCT# 3566 | UNSECURED | 0.00 | $430.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | PRA Receivables Management, Llc ACCT# 8452 | UNSECURED | 0.00 | $6,504.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | PROGRESSIVE MANAGEMENT SYSTEN ACCT# 3355 | UNSECURED | 0.00 | $472.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | WFNNB-THE AVENUE | UNSECURED | 0.00 | $489.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED:   $65,322.00**

<u>DUPLICATE CLAIMS</u>: YOU MAY BELIEVE THAT CERTAIN CLAIMS ARE LISTED TWICE.  NEVERTHELESS, THE TRUSTEE IS REQUIRED TO PAY ALL CLAIMS UNTIL THE COURT DIRECTS OTHERWISE.  A LETTER TO THE TRUSTEE WILL NOT STOP PAYMENTS ON "DUPLICATE" CLAIMS, THE DEBTOR MUST SECURE AN ORDER FROM THE COURT.  PLEASE CONTACT YOUR ATTORNEY FOR ASSISTANCE.

<u>FUTURE REPORTS</u>: STATUS REPORTS ARE MAILED EACH YEAR IN JANUARY AND JULY TO THE DEBTOR, THE ATTORNEY(S) FOR DEBTOR AND, UPON REQUEST TO ANY PARTY IN INTEREST.

<u>COMPUTER ACCESS</u>: THE CHAPTER 13 TRUSTEE OFFERS ONLINE COMPUTER ACCESS TO YOUR FILE.  THIS ACCESS PERMITS YOU TO PRINT CURRENT STATUS REPORTS, PRECONFIRMATION MORTGAGE TRANSMITTAL INFORMATION AND OTHER CASE INFORMATION.
-www.ch13wla.com