

08/23/07

20071976795

Prepared by PRATIMA SHETTY
Ocwen Loan Servicing,LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Loan Number 20091252
Attorney Code 20924

04-7758
E712893

## ASSIGNMENT OF DEED OF TRUST
## CALIFORNIA

This **ASSIGNMENT OF DEED OF TRUST** is made and entered into as of the 1st day of July, 2007, from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, whose address 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, as nominee for CREVE COR MORTGAGE INC , its successors and assigns, ("Assignor) to **HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED PASS-THROUGH CERTIFICATES**, whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, its successors and assigns, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the County Recorder of **LOS ANGELES** County, State of **CALIFORNIA**, as follows,

Trustor: LEONARDA G. AGUILAR
Trustee  FIRST AMERICAN TITLE
Beneficiary  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC , ACTING SOLELY AS NOMINEE FOR CREVE COR MORTGAGE INC
Document Date· APRIL 25, 2006
Date Recorded    5/24/06
Document/Instrument/Entry Number    06 1139391
Property Address. 13781 ELDRIDGE AVENUE , SYLMAR , CA
*Property more particularly described in the above referenced recorded Deed of Trust*

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges

This Assignment is made without recourse, representation or warranty
DATED ,   7/1  2007
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
ACTING SOLELY AS NOMINEE FOR CREVE
COR MORTGAGE INC.**

BY _____
NAME.  Scott Anderson
TITLE   Vice President

STATE OF FLORIDA         )
                                         )SS
COUNTY OF PALM BEACH )

On   7/1  , 2007, before me, the undersigned, a Notary Public in and for said State, personally appeared Scott Anderson, the Vice President for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC , ACTING SOLELY AS NOMINEE FOR  CREVE COR MORTGAGE INC , personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the entity upon behalf of which the person acted, executed the instrument

Witness my hand and official seal

Notary Signature

NOTARY PUBLIC-STATE OF FLORIDA
Doris Chapman
Commission # DD518204
Expires: FEB. 14, 2010
Bonded Thru Atlantic Bonding Co., Inc.

MIN 100209800002479632

MERS Ph # (888) 679 - 6377

EXHIBIT 3
PAGE 1 OF 1