# EXHIBIT "4"

**I.  Total Post-Petition Payments That Have Become Due Since February 26, 2009.**

| | |
|---|---|
| 1 payment at $ 8,417.57 each = (03-01-09) | $ 8,417.57 |
| 5 payments at $ 8,521.25 each = (04-01-09 to 08-01-09)) | $ 42,606.25 |
| 2 late charges at $ 347.40 each = (07-16-09 to 08-16-09) | $ 694.80 |
| Attorney fees (this Motion) | $ 625.00 |
| Motion filing fee | $ 150.00 |
| **TOTAL** | **$ 52,493.62** |

**II.  Total Post-petition Payments Made to Movant Since February 26, 2009.**

| DATE RECEIVED | AMOUNT RECEIVED |
|---|---|
| 1 payment at $ 8,417.57 each (04/15/2009) | $ 8,417.57 |
| 1 payment at $ 8,521.25 each (06/15/2009) | $ 8,521.25 |
| 1 payment at $ 8,478.75 each (06/15/2009) | $ 8,478.75 |
| 1 payment at $ 16,843.00 each (06/15/2009) | $ 16,843.00 |
| **TOTAL RECEIVED** | **$ 42,260.57** |

**III.  Total Post-Petition Delinquency.**

| | |
|---|---|
| TOTAL POST-PETITION PAYMENTS DUE | $ 52,493.62 |
| LESS TOTAL RECEIVED | $ 42,260.57 |
| **TOTAL POST PETITION DELINQUENCY** | **$ 10,233.05** |

EXHIBIT 4
PAGE 1 OF 2

I:\BK\Aguilar(50625)\CH13-CD-EXB4.doc

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**IV.    Additional Payments.**

An additional payment of $ 8,417.57 will come due on the 1st day of September and on the 1st day of each month thereafter. If said payments are not received by the 15th day thereafter, a late charge of $347.40 will be charged to the loan.

I:\BK\Aguilar(50625)\CH13-CD-EXB4.doc                    2

EXHIBIT 4
PAGE 2 OF 2

MOTION FOR RELIEF FROM THE AUTOMATIC STAY