ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE



TO:  Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA  91367-1367

DATE:  10/22/2009
CASE NO.:  09-12118-KT
BAR DATE:  06/11/2009
% TO UNSEC:  0.00%

## NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  LEONARDA G AGUILAR, 13781 ELDRIDGE AVENUE, SYLMAR, CA  91342

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | LEONARDA G AGUILAR | 13781 ELDRIDGE AVENUE SYLMAR, CA  91342 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | TODD J ROBERTS & ASSOCIATES | 16601 VENTURA BLVD 4TH FLOOR ENCINO, CA  91436 | | $4,500.00 | $4,500.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | OCWEN ACCT# 1522 | 12650 INGENUITY DRIVE ORLANDO, FL  32826 | 03/04/2009 | $67,950.00 | $69,721.25 | 0.00 | RESIDENCE |
| 0002 | CALIFORNIA CREDIT UNION ACCT# 3718550 | PO BOX 2 910 0 GLENDALE, CA  91209 | | $4,383.00 | $0.00 | 5.00 | SECURED |
| 0003 | BAC HOME LOANS SERVICING ACCT# 9998 | fka COUNTRYWIDE HOME LOANS 7105 CORPORATE DRIVE PTX-B-209 PLANO, TX  75024-1319 | 05/16/2009 | WITHDRAWN | $0.00 | 0.00 | RESIDENCE |
| 0004 | BAC HOME LOANS SERVICING ACCT# 9998 | fka COUNTRYWIDE HOME LOANS 7105 CORPORATE DRIVE PTX-B-209 PLANO, TX  75024-1319 | 05/16/2009 | NO CLAIM FILED | $136,236.10 | 0.00 | UNSECURED |
| 0005 | INTERNAL REVENUE SERVICE ACCT# 1522'06 | MAIL STOP 5021 300 N LOS ANGELES STREET LOSANGELES, CA  90012 | | $5,100.00 | $5,100.00 | 0.00 | PRIORITY |
| 0006 | FRANCHISE TAX BOARD ACCT# 1108043254 | P O BOX 2952 BANKRUPTCY SECTION MS A340 SACRAMENTO, CA  95812-2952 | 05/08/2009 | $3,100.00 | $10,068.16 | 0.00 | PRIORITY |
| 0007 | CACII LLC ACCT# 3143 | 1101 CAPITAL OF TEXAS HIGHWAY BUILDING K SUITE 150 AUSTIN, TX  78746 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0008 | CAINE AND WEINER ACCT# 2774523 | 21210 ERWIN ST WOODLAND HILLS, CA  91367 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0009 | COUNTRYWIDE ACCT# 9998 | PO BOX 10287 VAN NUYS, CA  91410 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0010 | CREDIT PROTECTION ASSOCIATION ACCT# 3016 | PO BOX 7813 BALDWIN PARK, CA  91706 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | HERBERT P SEARS COLLECTION AGENCY ACCT# 4370 | PO BOX 1231 BAKERSFIELD, CA  93303 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

## NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR(S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0012 | RECOVERY MANAGEMENT SYSTEMS ACCT# 6004 | 25 SE 2ND AVENUE, #1120 MIAMI, FL 33131 | 07/06/2009 | $114.00 | $114.74 | 0.00 | UNSECURED |
| 0013 | PACIFIC GAS AND ELECTRICITY ACCT# 4006 | PORTFOLIO RECOVERY 120 CORPORATE BLVD 1 NORFOLK, VA 23502 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | PACIFIC GAS AND ELECTRICITY ACCT# 3566 | PORTFOLIO RECOVERY 120 CORPORATE BLVD 1 NORFOLK, VA 23502 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0015 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 8452 | P O BOX 12914 NORFOLK, VA 23541 | 03/05/2009 | $6,504.00 | $6,209.58 | 0.00 | UNSECURED |
| 0016 | PROGRESSIVE MANAGEMENT SYSTEN ACCT# 3355 | 1521 W CAMERON RVE F1 1 WEST COVINA, CA 91790 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | WFNNB-THE AVENUE | PO BOX 659584 SAN ANTONIO, TX 78265 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0018 | FRANCHISE TAX BOARD ACCT# 1108043254 | P O BOX 2952 BANKRUPTCY SECTION MS A340 SACRAMENTO, CA 95812-2952 | 05/08/2009 | $0.00 | $2,719.04 | 0.00 | UNSECURED |

TOTAL PRIORITY: $19,668.16

TOTAL SECURED: $69,721.25

TOTAL UNSECURED: $145,279.46

## NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

### * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0000 | LEONARDA G AGUILAR | 13781 ELDRIDGE AVENUE<br>SYLMAR, CA 91342 | $0.00 |
| 0000 | TODD J ROBERTS &<br>ASSOCIATES | 16601 VENTURA BLVD<br>4TH FLOOR<br>ENCINO, CA 91436 | $4,500.00 |
| 0001 | OCWEN<br>ACCT# 1522 | 12650 INGENUITY DRIVE<br>ORLANDO, FL 32826 | $67,950.00 |
| 0002 | CALIFORNIA CREDIT UNION<br>ACCT# 3718550 | PO BOX 29100<br>GLENDALE, CA 91209 | $4,383.00 |
| 0003 | BAC HOME LOANS<br>SERVICING<br>ACCT# 9998 | fka COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>PTX-B-209<br>PLANO, TX 75024-1319 | WITHDRAWN |
| 0004 | BAC HOME LOANS<br>SERVICING<br>ACCT# 9998 | fka COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>PTX-B-209<br>PLANO, TX 75024-1319 | NO CLAIM FILED |
| 0005 | INTERNAL REVENUE<br>SERVICE<br>ACCT# 1522'06 | MAIL STOP 5021<br>300 N LOS ANGELES STREET<br>LOSANGELES, CA 90012 | $5,100.00 |
| 0006 | FRANCHISE TAX BOARD<br>ACCT# 1108043254 | P O BOX 2952<br>BANKRUPTCY SECTION MS A340<br>SACRAMENTO, CA 95812-2952 | $3,100.00 |
| 0007 | CACII LLC<br>ACCT# 3143 | 1101 CAPITAL OF TEXAS HIGHWAY<br>BUILDING K SUITE 150<br>AUSTIN, TX 78746 | NO CLAIM FILED |
| 0008 | CAINE AND WEINER<br>ACCT# 2774523 | 21210 ERWIN ST<br>WOODLAND HILLS, CA 91367 | NO CLAIM FILED |
| 0009 | COUNTRYWIDE<br>ACCT# 9998 | PO BOX 10287<br>VAN NUYS, CA 91410 | NO CLAIM FILED |
| 0010 | CREDIT PROTECTION<br>ASSOCIATION<br>ACCT# 3016 | PO BOX 7813<br>BALDWIN PARK, CA 91706 | NO CLAIM FILED |
| 0011 | HERBERT P SEARS<br>COLLECTION AGENCY<br>ACCT# 4370 | PO BOX 1231<br>BAKERSFIELD, CA 93303 | NO CLAIM FILED |
| 0012 | RECOVERY MANAGEMENT<br>SYSTEMS<br>ACCT# 6004 | 25 SE 2ND AVENUE, #1120<br>MIAMI, FL 33131 | $114.00 |
| 0013 | PACIFIC GAS AND<br>ELECTRICITY<br>ACCT# 4006 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD 1<br>NORFOLK, VA 23502 | NO CLAIM FILED |
| 0014 | PACIFIC GAS AND<br>ELECTRICITY<br>ACCT# 3566 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD 1<br>NORFOLK, VA 23502 | NO CLAIM FILED |
| 0015 | PORTFOLIO RECOVERY<br>ASSOCIATES<br>ACCT# 8452 | P O BOX 12914<br>NORFOLK, VA 23541 | $6,504.00 |
| 0016 | PROGRESSIVE<br>MANAGEMENT SYSTEN<br>ACCT# 3355 | 1521 W CAMERON RVE F1 1<br>WEST COVINA, CA 91790 | NO CLAIM FILED |
| 0017 | WFNNB-THE AVENUE | PO BOX 659584<br>SAN ANTONIO, TX 78265 | NO CLAIM FILED |
| 0018 | FRANCHISE TAX BOARD<br>ACCT# 1108043254 | P O BOX 2952<br>BANKRUPTCY SECTION MS A340<br>SACRAMENTO, CA 95812-2952 | $0.00 |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

DATED: October 27, 2009

_____
Elizabeth Rojas, Trustee

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on October 27, 2009, I served the within document(s) on all parties in interest listed below, by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows

LEONARDA G AGUILAR
13781 ELDRIDGE AVENUE
SYLMAR, CA 91342

TODD J ROBERTS & ASSOCIATES
16601 VENTURA BLVD
4TH FLOOR
ENCINO, CA 91436

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on October 27, 2009.

Ellen Heery
Claims Administrator