1  ERIC D. HOUSER, # 130079
   HOUSER & ALLISON
2  A Professional Corp.
   9970 Research Drive
3  Irvine, CA 92618
   Phone:        (949) 679-1111
4  Facsimile:    (949) 679-1112

5

6  Attorney for Movant, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp.
   Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity
7  Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates

8  UNITED STATES BANKRUPTCY COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:09-bk-12118-KT |
| LEONARDA G AGUILAR, | Chapter 13 |
| Debtor. | **STIPULATION FOR ORDER REQUIRING ADEQUATE PROTECTION** |
| HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates, | **HEARING DATE:**<br>**DATE:   November 5, 2009**<br>**TIME:   9:30 a.m.**<br>**CTRM:   301** |
| Movant, | |
| vs. | |
| LEONARDA G AGUILAR, Debtor, ELIZABETH ROJAS, Trustee; | |
| Respondents | |

I:\BK\Aguilar(50625)\STPAPO-CD-13.doc

1

A Motion for Relief From The Automatic Stay was noticed in the within matter and filed by HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates ("Movant")   Said Motion is set to be heard before the HONORABLE KATHLEEN THOMPSON, United States Bankruptcy Judge on the 5th day of November, 2009.   Movant, by and through its attorney of record, HOUSER & ALLISON, a Professional Corporation, by ERIC D. HOUSER, and the Debtor, by her attorney of record, TODD J ROBERTS, have agreed to the terms and conditions of this Stipulation for Order Requiring Adequate Protection as set forth below:

**IT IS HEREBY STIPULATED:**

1.     This Stipulation affects the real property commonly known as 13781 Eldridge Avenue, Sylmar, CA 91342 and more fully described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN

BY REFERENCE.

2.     The Debtor is in default in the amount of $27,195.35, through October 31, 2009.

3.     Commencing on November 1, 2009, and for each consecutive month for six (6) months, Debtor shall pay $2,827.05 in addition to the regular monthly mortgage payment. The Debtor shall cure any and all delinquency on or before April 1, 2010.

4.     The Debtor shall make a payment in the amount of $10,233.05 on or before November 11, 2009.

5.     The Debtor shall timely tender the regular monthly mortgage payment beginning on November 1, 2009 and each month thereafter.

6.     The Debtor shall timely perform all of their obligations under Movant's loan documents as they come due.

7.     The Debtor shall maintain insurance coverage on the property and shall remain current on all taxes that fall due post-petition with regard to the property.

I:\BK\Aguilar(50625)\STPAPO-CD-13.doc

2

8. In the event the Debtor fails to timely perform any obligations set forth in this Stipulation for Order Requiring Adequate Protection, Movant shall be entitled to notify Debtor and Debtor's attorney of record of said default in writing.  Debtor shall have 10 calendar days from the date of the written notification to cure the default.  If the Debtor fails to timely cure the default, Movant shall be entitled to lodge a Declaration of Default and Order Terminating the Automatic Stay.  The Order shall be entered without further hearing.

9. Debtor shall be entitled to a maximum of three notices of default and opportunities to cure under the terms of this Stipulation.  Once Debtor has defaulted three times on the obligations imposed by this Stipulation and has been served with three notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.  If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

10. If Movant obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

11. All payments made pursuant to this Stipulation for Order Requiring Adequate Protection shall be sent to the following address:

> OCWEN LOAN SERVICING, LLC
> Attn: Cashiering Dept.
> 1661 Worthington Road, Suite 100
> West Palm Beach, FL  33409
> Loan No. 20091252

12. In the event this case is converted to a Chapter 7 proceeding or the automatic stay is terminated as a matter of law, the terms of this Stipulation for Order Requiring Adequate Protection shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

I:\BK\Aguilar(50625)\STPAPO-CD-13.doc

3

1   13.   Movant shall be entitled recovery of its attorneys' fees and costs in the amount of

2   $782.55 by amending its proof of claim to provide for these fees

3   14.   Relief from the Automatic Stay is granted as to the Chapter 13, Trustee,

4   ELIZABETH ROJAS.

5   15.   Movant may accept any and all payments made pursuant to this Stipulation

6   without prejudice to or waiver of any rights or remedies to which it would otherwise have been

7   entitled under applicable non-bankruptcy law.

8

9   **APPROVED AS TO FORM AND CONTENT:**

10

11   DATED: November ___, 2009

12

13                                                by _____
                                                  TODD J ROBERTS,
14                                                Attorney for Debtor, LEONARDA G
                                                  AGUILAR
15

16
     DATED: November 4, 2009                      HOUSER & ALLISON,
17                                                A Professional Corporation

18

19                                                by   /s/ ERIC D. HOUSER
                                                  ERIC D. HOUSER,
20                                                Attorney for Movant, HSBC Bank USA,
                                                  N.A., as Trustee on behalf of ACE
21                                                Securities Corp. Home Equity Loan Trust
                                                  and for the registered holders of ACE
22                                                Securities Corp. Home Equity Loan Trust,
                                                  Series 2006-ASAP5, Asset Backed Pass-
23                                                Through Certificates

24

25                                                .

26

27

28

**LEGAL DESCRIPTION**

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows.

PARCEL 1:

THE NORTHWESTERLY 172.87 FEET OF THE SOUTH EASTERLY 1037.23 FEET OF THE NORTHEASTERLY 630 FEET OF BLOCK 16 OF MACLAY RANCHO EX-MISSION DE SAN FERNANDO AS PER MAP RECORDED IN BOOK 37 PAGE 5 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2

AN EASEMENT FOR THE PURPOSE OF MAINTAINING THERE ON A FENCE AND FOR INCIDENTAL PURPOSES OVER THE NORTH WESTERLY 3.00 FEET OF THE SOUTH EASTERLY 1040.23 FEET OF THE NORTH EASTERLY 630.00 FEET OF BLOCK 16 OF MACLAY RANCHO EX-MISSION OF SAN FERNANDO, AS PER MAP RECORDED IN BOOK 37 PAGE 5 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.



Certified To Be True, Correct, And Complete Copy Of The Original
North Title Escrow Corp.
By _____

EXHIBIT 2
PAGE 17 OF 17

| In re:<br>LEONARDA G. AGUILAR, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:   1:09-bk-12118-KT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9970 Research Drive
Irvine, CA  92618

A true and correct copy of the foregoing document described **STIPULATION FOR ORDER REQUIRING ADEQUATE PROTECTION**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   November 4, 2009   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor (via U.S. Mail)<br>Leonarda G. Aguilar<br>13781 Eldrige Avenue<br>Sylvar, CA  91342 | Chapter 13 Trustee (via U.S. Mail)<br>Elizabeth Rojas<br>Noble Professional Center<br>15060  Ventura  Blvd.,  Suite 240<br>Sherman Oaks, CA  91403 | U.S. Trustee (via U.S. Mail)<br>United States Trustee (SV)<br>21051 Warner Center Lane Suite 115<br>Woodland Hills, CA  91367 | Attorney for Debtor (via U.S. Mail)<br>Todd J. Roberts<br>16601 Ventura Blvd., 4th Fl.<br>Encino, CA  91436 |
|---|---|---|---|
| United States Bankruptcy Judge (via U.S. Mail)<br>U.S. Bankruptcy Court<br>Hon. Kathleen Thompson<br>21041 Burbank Blvd, Suite 305<br>Woodland Hills, CA  91367 | | | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4,  2009 | Sara G. Tena | /s/ Sara G. Tena |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                        **F 4001-10.RP**