| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ERIC D. HOUSER – Bar #130079<br>HOUSER & ALLISON, A Professional Corporation<br>9970 Research Drive<br>Irvine, CA  92618<br>Phone: (949) 679-1111 / Facsimile (949) 679-1112<br>Email:   ehouser@houser-law.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**NOV 09 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY cetulio    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>LEONARDA G. AGUILAR,<br><br><br><br>                                                                   Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 1:09-bk-12118-KT<br><br>DATE:    November 5, 2009<br>TIME:    9:30 a.m.<br>CTRM:    301<br>FLOOR:  3rd |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT:  HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates)

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☒ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address:*  **13781 Eldridge Avenue**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*  **Sylmar, CA  91342**

    Legal description or document recording number (including county of recording):

    ☒  See attached page.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.    ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                             **F 4001-10.RP**

| In re: | | CHAPTER: 13 |
|---|---|---|
| LEONARDA G. AGUILAR, | Debtor(s). | CASE NUMBER:    1:09-bk-12118-KT |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

###

DATED: November 9, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                                                                      **F 4001-10.RP**

| In re: | | CHAPTER: 13 |
|---|---|---|
| LEONARDA G. AGUILAR, | | |
| | Debtor(s). | CASE NUMBER:    1:09-bk-12118-KT |

## LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows.

PARCEL 1:

THE NORTHWESTERLY 172.87 FEET OF THE SOUTH EASTERLY 1037.23 FEET OF THE NORTHEASTERLY 630 FEET OF BLOCK 16 OF MACLAY RANCHO EX-MISSION DE SAN FERNANDO AS PER MAP RECORDED IN BOOK 37 PAGE 5 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2

AN EASEMENT FOR THE PURPOSE OF MAINTAINING THERE ON A FENCE AND FOR INCIDENTAL PURPOSES OVER THE NORTH WESTERLY 3.00 FEET OF THE SOUTH EASTERLY 1040 23 FEET OF THE NORTH EASTERLY 630.00 FEET OF BLOCK 16 OF MACLAY RANCHO EX-MISSION OF SAN FERNANDO, AS PER MAP RECORDED IN BOOK 37 PAGE 5 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.



Certified To Be True, Correct, And Complete Copy Of The Original
North Hills Escrow Corp.
By

EXHIBIT 2
PAGE 17 OF 17

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-10.RP

| In re: | | CHAPTER: 13 |
|---|---|---|
| LEONARDA G. AGUILAR, | Debtor(s). | CASE NUMBER: 1:09-bk-12118-KT |

# ADEQUATE PROTECTION ATTACHMENT
**(MOVANT: HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates)**

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.
2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $ 8,521.25 commencing November 1, 2009. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

    Ocwen Loan Servicing, LLC / Attn: Cashiering

    1661 Worthington Road, Suite 100

    West Palm Beach, FL  33409

    Loan#20091252

3. ☒ The Debtor(s) shall cure the postpetition default computed through October 31, 2009 in the sum of $ 27,195.35 as follows:

    a. ☒ In equal monthly installments of $ 2,827.05 each commencing November 1, 2009 and continuing thereafter through and including April 1, 2010,

    b. ☒ By paying the sum of $ 10,233.05 on or before November 11, 2009,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
    Disclosure Statement shall be approved on or before *(specify date)*:
    The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 10 calendar days after mailing of such written notice:

    a. ☐ The stay shall automatically terminate without further notice, hearing or order.

    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

    d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 4001-10.RP**

| In re:<br>LEONARDA G. AGUILAR, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:    1:09-bk-12118-KT |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of _2_ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other *(specify)*: Movant shall be entitled recovery of its attorneys' fees and costs in the amount of $782.55 by amending its proof of claim to provide for these fees.

KT
_____
Judge's Initials

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 4001-10.RP**

| In re:<br>LEONARDA G. AGUILAR, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:   1:09-bk-12118-KT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9970 Research Drive
Irvine, CA  92618
A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property) (ADEQUATE PROTECTION)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   November 4, 2009                   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor (via U.S. Mail)<br>Leonarda G. Aguilar<br>13781 Eldrige Avenue<br>Sylvar, CA  91342 | Chapter 13 Trustee (via U.S. Mail)<br>Elizabeth Rojas<br>Noble Professional Center<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA 91403 | U.S. Trustee (via U.S. Mail)<br>United States Trustee (SV)<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA  91367 | Attorney for Debtor (via U.S. Mail)<br>Todd J. Roberts<br>16601 Ventura Blvd., 4th Fl.<br>Encino, CA  91436 |
|---|---|---|---|
| United States Bankruptcy Judge (via U.S. Mail)<br>U.S. Bankruptcy Court<br>Hon. Kathleen Thompson<br>21041 Burbank Blvd, Suite 305<br>Woodland Hills, CA  91367 | | | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 4001-10.RP**

| In re:<br>LEONARDA G. AGUILAR, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:  1:09-bk-12118-KT |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2009 | Sara G. Tena | /s/ Sara G. Tena |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property) (ADEQUATE PROTECTION)__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  November 4, 2009 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| Chapter 13 Trustee<br>Elizabeth (SV) Rojas<br>Cacb_ecf_sv@ch13wla.com | U.S. Trustee<br>United States Trustee (SV)<br>Ustpregion16.wh.ecf@usdoj.gov | Attorney for Debtor<br>Todd R. Roberts<br>Livier422@earthlink.net |
|---|---|---|

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> Debtor (via U.S. Mail)
> Leonarda G. Aguilar
> 13781 Eldridge Avenue
> Sylmar, CA  91342

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 4001-10.RP**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: admin                   Page 1 of 1                   Date Rcvd: Nov 09, 2009
Case: 09-12118                 Form ID: pdf031               Total Noticed: 8

The following entities were noticed by first class mail on Nov 11, 2009.
db           +Leonarda G Aguilar,   13781 Eldridge Avenue,   Sylmar, CA 91342-1764
aty          +Eric D. Houser,   Houser & Allison APC,   9970 Research Drive,   Irvine, CA 92618-4309
aty           John D Schlotter,   1544 Old Alabama Rd,   Roswell, GA 30076-2102
aty          +Todd J Roberts,   16601 Ventura Blvd 4th Fl,   Encino, CA 91436-1921
tr           +Elizabeth (SV) Rojas,   Noble Professional Center,   15060 Ventura Blvd., Suite 240,
               Sherman Oaks, CA 91403-2436
ust          +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
cr           +HSBC Bank USA, N.A., as Trustee,   Houser & Allison, APC,   9970 Research Drive,
               Irvine, CA 92618-4309,    UNITED STATES

The following entities were noticed by electronic transmission on Nov 10, 2009.
aty          +E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2009 07:17:15    Ramesh Singh,
               Recovery Management Systems Corp,   25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 11, 2009**                     **Signature:** _Joseph Speetjens_