Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone:    (818) 933-5700
Facsimile:    (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                    )    CHAPTER 13
                                          )    CASE NO. SV09-12118-KT
LEONARDA G AGUILAR                        )
                                          )    **TRUSTEE'S NOTICE OF MOTION AND**
                                          )    **MOTION FOR ORDER DISMISSING**
                                          )    **CHAPTER 13 PROCEEDING**
                                          )    **(11 U.S.C. - 1307 (C))**
                                          )
                                          )
                                          )
                    DEBTOR                )

    Please take notice that the Trustee herein moves for an order dismissing this proceeding on or after March 15, 2010 based on the review of the records of the Trustee, the Debtor's delinquency amounts to $9,504.00.   In addition, Debtor must pay any subsequent plan payment that comes due after the date of this notice.   A motion to modify/suspend plan payments is not responsive to this motion.   This motion is based on the following grounds:   Material default by the Debtor with respect to the term of the confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307 (C) (6)).   Delinquent plan payments must be mailed to:   CHAPTER 13 TRUSTEE, PO BOX 512566, LOS ANGELES, CA 90051-0566.

    This motion may be granted without a hearing pursuant to 11 U.S.C. 102(1) and Local Bankruptcy Rule 9013-1(g). Any party of interest who wishes to oppose the motion must obtain a hearing date from the courtroom deputy and must serve and file opposition papers on the trustee within fourteen (14) days of the date of service hereof, pursuant to local bankruptcy rule 9013-1(7). Failure to comply with these provisions will result in the dismissal of the case.

DATED: February 22, 2010                  _____

                                          Elizabeth Rojas
                                          Chapter 13 Standing Trustee

## PROOF OF SERVICE

1

2      I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case.
3  I declare under penalty of perjury that the foregoing is true and correct to the best of my information and
   belief. Executed at Sherman Oaks, California, on February 22, 2010.

4

5                                                      *Elizabeth F Rojas*
                                        _____
6                                       Elizabeth Rojas, Trustee

7      I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing
   Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to
8  the above action and that on February 22, 2010 I mailed and/or electronic copies were served to:

9

10  LEONARDA G AGUILAR                          TODD J ROBERTS & ASSOCIATES
    13781 ELDRIDGE AVENUE                       16601 VENTURA BLVD
    SYLMAR, CA  91342                           4TH FLOOR
11                                              ENCINO, CA  91436

12

13  Executed at Sherman Oaks, California on February 22, 2010.

14

15                                                      *Gisele Dorsey*
16                                      _____
                                        Gisele Dorsey
17

18

19

20

21

22

23

24

25

26

27

28