UNITED STATES BANKRUPTCY COURT  
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION  
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

| TO: | Clerk of the Court | | DATE: | 03/22/2010 |
|---|---|---|---|---|
| | 21041 Burbank Blvd. | | CASE NO.: | 09-12118-KT |
| | Woodland Hills, CA  91367-1367 | | BAR DATE: | 06/11/2009 |
| | | | % TO UNSEC: | 0.00% |

## NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:    LEONARDA G AGUILAR, 13781 ELDRIDGE AVENUE, SYLMAR, CA  91342

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | LEONARDA G AGUILAR | 13781 ELDRIDGE AVENUE  SYLMAR, CA  91342 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | TODD J ROBERTS & ASSOCIATES | 16601 VENTURA BLVD  4TH FLOOR  ENCINO, CA  91436 | | $4,500.00 | $4,500.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | OCWEN FEDERAL BANK FSB  ACCT# 1522 | P O BOX 785053  ORLANDO, FL  32878-5053 | 03/04/2009 | $67,950.00 | $69,721.25 | 0.00 | RESIDENCE |
| 0002 | CALIFORNIA CREDIT UNION  ACCT# 3718550 | PO BOX 2 910 0  GLENDALE, CA  91209 | | $4,383.00 | $0.00 | 5.00 | SECURED |
| 0003 | BAC HOME LOANS SERVICING  ACCT# 9998 | fka COUNTRYWIDE HOME LOANS  7105 CORPORATE DRIVE  PTX-B-209  PLANO, TX  75024-1319 | 05/16/2009 | WITHDRAWN | $0.00 | 0.00 | RESIDENCE |
| 0004 | BAC HOME LOANS SERVICING  ACCT# 9998 | fka COUNTRYWIDE HOME LOANS  7105 CORPORATE DRIVE  PTX-B-209  PLANO, TX  75024-1319 | 05/16/2009 | NO CLAIM FILED | $136,236.10 | 0.00 | UNSECURED |
| 0005 | INTERNAL REVENUE SERVICE  ACCT# 1522'06 | MAIL STOP 5021  300 N LOS ANGELES STREET  LOSANGELES, CA  90012 | | $5,100.00 | $5,100.00 | 0.00 | PRIORITY |
| 0006 | FRANCHISE TAX BOARD  ACCT# 1108043254 | P O BOX 2952  BANKRUPTCY SECTION MS A340  SACRAMENTO, CA  95812-2952 | 05/08/2009 | $3,100.00 | $10,068.16 | 0.00 | PRIORITY |
| 0007 | CACII LLC  ACCT# 3143 | 1101 CAPITAL OF TEXAS HIGHWAY  BUILDING K SUITE 150  AUSTIN, TX  78746 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0008 | CAINE AND WEINER  ACCT# 2774523 | 21210 ERWIN ST  WOODLAND HILLS, CA  91367 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0009 | COUNTRYWIDE  ACCT# 9998 | PO BOX 10287  VAN NUYS, CA  91410 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0010 | CREDIT PROTECTION ASSOCIATION  ACCT# 3016 | PO BOX 7813  BALDWIN PARK, CA  91706 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | HERBERT P SEARS COLLECTION AGENCY  ACCT# 4370 | PO BOX 1231  BAKERSFIELD, CA  93303 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0012 | RECOVERY MANAGEMENT SYSTEMS ACCT# 6004 | 25 SE 2ND AVENUE, #1120 MIAMI, FL  33131 | 07/06/2009 | $114.00 | $114.74 | 0.00 | UNSECURED |
| 0013 | PACIFIC GAS AND ELECTRICITY ACCT# 4006 | PORTFOLIO RECOVERY 120 CORPORATE BLVD 1 NORFOLK, VA  23502 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | PACIFIC GAS AND ELECTRICITY ACCT# 3566 | PORTFOLIO RECOVERY 120 CORPORATE BLVD 1 NORFOLK, VA  23502 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0015 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 8452 | P O BOX 12914 NORFOLK, VA  23541 | 03/05/2009 | $6,504.00 | $6,209.58 | 0.00 | UNSECURED |
| 0016 | PROGRESSIVE MANAGEMENT SYSTEN ACCT# 3355 | 1521 W CAMERON RVE F1 1 WEST COVINA, CA  91790 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | WFNNB-THE AVENUE | PO BOX 659584 SAN ANTONIO, TX  78265 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0018 | FRANCHISE TAX BOARD ACCT# 1108043254 | P O BOX 2952 BANKRUPTCY SECTION MS A340 SACRAMENTO, CA  95812-2952 | 05/08/2009 | $0.00 | $2,719.04 | 0.00 | UNSECURED |

|  |  |  |
|---|---|---|
| | TOTAL PRIORITY: | $19,668.16 |
| | TOTAL SECURED: | $69,721.25 |
| | TOTAL UNSECURED: | $145,279.46 |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

### * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0003 | BAC HOME LOANS SERVICING<br>ACCT# 9998 | fka COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>PTX-B-209<br>PLANO, TX  75024-1319 | WITHDRAWN |
| 0004 | BAC HOME LOANS SERVICING<br>ACCT# 9998 | fka COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>PTX-B-209<br>PLANO, TX  75024-1319 | NO CLAIM FILED |
| 0007 | CACII LLC<br>ACCT# 3143 | 1101 CAPITAL OF TEXAS HIGHWAY<br>BUILDING K SUITE 150<br>AUSTIN, TX  78746 | NO CLAIM FILED |
| 0008 | CAINE AND WEINER<br>ACCT# 2774523 | 21210 ERWIN ST<br>WOODLAND HILLS, CA  91367 | NO CLAIM FILED |
| 0009 | COUNTRYWIDE<br>ACCT# 9998 | PO BOX 10287<br>VAN NUYS, CA  91410 | NO CLAIM FILED |
| 0010 | CREDIT PROTECTION ASSOCIATION<br>ACCT# 3016 | PO BOX 7813<br>BALDWIN PARK, CA  91706 | NO CLAIM FILED |
| 0011 | HERBERT P SEARS COLLECTION AGENCY<br>ACCT# 4370 | PO BOX 1231<br>BAKERSFIELD, CA  93303 | NO CLAIM FILED |
| 0013 | PACIFIC GAS AND ELECTRICITY<br>ACCT# 4006 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD 1<br>NORFOLK, VA  23502 | NO CLAIM FILED |
| 0014 | PACIFIC GAS AND ELECTRICITY<br>ACCT# 3566 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD 1<br>NORFOLK, VA  23502 | NO CLAIM FILED |
| 0016 | PROGRESSIVE MANAGEMENT SYSTEN<br>ACCT# 3355 | 1521 W CAMERON RVE F1 1<br>WEST COVINA, CA  91790 | NO CLAIM FILED |
| 0017 | WFNNB-THE AVENUE | PO BOX 659584<br>SAN ANTONIO, TX  78265 | NO CLAIM FILED |

DATED: December 29, 2009

*Elizabeth F Rojas*

Elizabeth Rojas, Trustee

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA  91403, and that on December 29, 2009, I mailed and/or electronic copies were served to:

LEONARDA G AGUILAR  
13781 ELDRIDGE AVENUE  
SYLMAR, CA  91342

TODD J ROBERTS & ASSOCIATES  
16601 VENTURA BLVD  
4TH FLOOR  
ENCINO, CA  91436

Clerk of the Court  
21041 Burbank Blvd.  
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on March 22, 2010.

_Ellen Heery_

Ellen Heery  
Claims Administrator