Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

LEONARDA G AGUILAR

DEBTOR

CHAPTER 13
CASE NO. SV-09-12118-KT-KT

**ORDER OF DISMISSAL AND TRUSTEE'S DECLARATION IN SUPPORT THEREOF**

1. On February 22, 2010, a Notice of Motion and Motion for and Order Dismissing this Chapter 13 Proceeding was served on the Debtor, if any, for material default under the plan, that the Debtor has failed to make satisfactory arrangements to cure the default.

2. The Debtor has not served the Trustee with an opposition to the Motion within the time allowed, or has otherwise failed to comply with the provisions of Local Rule 9013-1(7) or other applicable law.

I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed at Sherman Oaks, California, on April 08, 2010.

DATED: April 08, 2010

Elizabeth Rojas
Chapter 13 Standing Trustee

Page 1 - Case No. SV-09-12118-KT-KT

## PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to the above action and that on April 08, 2010 I mailed copies of this document to:

LEONARDA G AGUILAR
13781 ELDRIDGE AVENUE
SYLMAR, CA  91342

TODD J ROBERTS & ASSOCIATES
16601 VENTURA BLVD
4TH FLOOR
ENCINO, CA  91436

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on April 08, 2010.

*Gisele Dorsey*
―――――――――――――――――――
Gisele Dorsey

## ORDER

Based upon the foregoing Declaration and good cause appearing, IT IS HEREBY ORDERED that this Chapter 13 is dismissed and all stays are dissolved.

Dated: APR - 9 2010

*Kathleen Thompson*
―――――――――――――――――――
Kathleen Thompson
U.S. Bankruptcy Judge

Page 2 - Case No. SV-09-12118-KT-KT