## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Leonarda G Aguilar

**BANKRUPTCY NO.** 1:09−bk−12118−KT

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1522
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/9/10

**Address:**
13781 Eldridge Avenue
Sylmar, CA 91342

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: April 12, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**40 / PHI**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: pharraway              Page 1 of 2                   Date Rcvd: Apr 12, 2010
Case: 09-12118                 Form ID: ntcdsm              Total Noticed: 32


The following entities were noticed by first class mail on Apr 14, 2010.
db           +Leonarda G Aguilar,    13781 Eldridge Avenue,    Sylmar, CA 91342-1764
aty           John D Schlotter,    1544 Old Alabama Rd,    Roswell, GA 30076-2102
aty          +Todd J Roberts,    16601 Ventura Blvd 4th Fl,    Encino, CA 91436-1921
tr           +Elizabeth (SV) F Rojas,    Noble Professional Center,    15060 Ventura Blvd., Suite 240,
               Sherman Oaks, CA 91403-2436
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
23403452     +AZTEC FORECLOSURE CORPORATION,    3300 N CENTRAL AVENUE SUITE 2200,    APN2503-010-029,
               PHOENIX AZ 85012-2582
23062294     +Aztec Foreclosure Corporation,    3300 N. Central Avenue, Suite 2200,    Phoenix, AZ 85012-2582
23794766     +BAC Home Loans Servicing, L.P. fka Countrywide Hom,    Bankruptcy Department,
               7105 Corporate Drive Mail Stop PTX-C-35,    Plano, TX 75024-4100
23403453     +CACII LLC,    1101 CAPITAL OF TEXAS HIGHWAY,    BUILDING K SUITE 150,    AUSTIN TX 78746-6445
23403455     +CALIFORNIA CREDIT UNION,    PO BOX 2 910 0,    GLENDALE CA 91209-0002
23403454     +CAME AND WEINER,    21210 ERWIN STREET,    WOGDLAND HILLS CA 91367-3714
23403457     +CREDIT PROTECTION ASSOCIATION,    PO BOX 7813,    BALDWIN PARK CA 91706-7813
23062295     +Countrywide,    P.O. BOX 10287,    Van Nuys, CA 91410-0287
23403459     +HERBERT P SEARS COLLECTION AGENCY,    PO BOX 1231,    BAKERSFIELD CA 93302-1231
23403462     +OCWEN LOAN SERVICING,    PO BOX 6440,    ORLANDO FL 32802
23403463     +OCWN LOAN SERVICING,    PO BOX 785063,    ORLANDO FL 32878-5063
23062296     +Ocwen Loan Servicing,    P.O. BOX 785063,    Orlando, FL 32878-5063
23101082      Ocwen Loan Servicing,    Attn: Cashiering Department,    P.O. Box 785053,    Orlando, FL 32878-5053
23403464     +PACIFIC GAS AND ELECTRICITY,    PORTFOLIO RECOVERY,    120 CORPORATE BLVD 1,
               NORFOLK VA 23502-4962
23101837     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Capital One Bank,
               POB 41067,    NORFOLK VA 23541-1067
23403465      PROGRESSIVE MANAGEMENT SYSTEN,    1521 W CAMERON RVE F1 1,    WEST COVINA CA 91790

The following entities were noticed by electronic transmission on Apr 13, 2010.
aty          +E-mail/Text: ecfnotices@houser-law.com                             Eric D. Houser,
               Houser & Allison APC,    9970 Research Drive,    Irvine, CA 92618-4309
aty          +EDI: RECOVERYCORP.COM Apr 12 2010 21:33:00      Ramesh Singh,    Recovery Management Systems Corp,
               25 S E 2nd Ave Ste 1120,    Miami, FL 33131-1605
cr           +E-mail/Text: ecfnotices@houser-law.com                             HSBC Bank USA, N.A., as Trustee,
               Houser & Allison, APC,    9970 Research Drive,    Irvine, CA 92618-4309,    UNITED STATES
23403458     +EDI: CALTAX.COM Apr 12 2010 21:33:00      FRANCHISE TAX BOARD,    ATTENTION BANKRUPTCY,
               PO BOX 2952,    SACRAMENTO CA 95812-2952
23403460      EDI: IRS.COM Apr 12 2010 21:33:00      INTERNAL REVENUE SERVICE,    MAIL STOP 5021,
               300 N LOS ANGELES STREET,    LOSANGELES CA 90012
23403461      EDI: RMSC.COM Apr 12 2010 21:33:00      MERVYNS,    RETAILER NATIONAL BANK,    PO BOX 960013,
               ORLANDO FL 32896-0013
25068441     +Fax: 407-737-5634 Apr 13 2010 03:26:15     Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
               West Palm Beach, FL 33409-6493,    Phone No: 1-888-554-6599  Fax No: 407-73
24118965     +EDI: RECOVERYCORP.COM Apr 12 2010 21:33:00      Recovery Management Systems Corporation,
               For GE Money Bank,    dba MERVYN'S,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
23403466     +EDI: WFNNB.COM Apr 12 2010 21:33:00      WFNNB-THE AVENUE,    PO BOX 659584,
               SAN ANTONIO TX 78265-9584
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
smg*          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
23403451*    +AZTEC FORECLOSURE CORPORATION,    3300 N CENTRAL AVENUE SUITE 2200,    PHOENIX AZ 85012-2582
23403456*    +COUNTRYWIDE,    PO BOX 10287,    VAN NUYS CA 91410-0287
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-1          User: pharraway            Page 2 of 2              Date Rcvd: Apr 12, 2010
Case: 09-12118                Form ID: ntcdsm            Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**                    **Signature:** _Joseph Speetjens_