|  |  |
|---|---|
| Elizabeth Rojas, Chapter 13 Trustee<br>15060 Ventura Blvd.<br>Suite 240<br>Sherman Oaks, CA  91403<br>Telephone:   (818) 933-5700<br>Facsimile:    (818) 933-5755 | **ORIGINAL** |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br>   LEONARDA G AGUILAR<br>   13781 ELDRIDGE AVENUE<br>   SYLMAR, CA  91342<br><br>                   DEBTOR | CHAPTER 13<br>CASE NO. SV09-12118-KT<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE THE CASE** |

TO:    THE ABOVE NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, intends to file a Final Report & Account;  and

   NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see Bankruptcy 11 U.S.C. § 350 (a) and Rule 5009, F.R.B.P.);  and

   NOTICE IS FUTHER GIVEN that any objection together with a notice setting forth the date, time, and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor, Debtor's attorney, if any, and upon the Office of the United States Trustee.

DATED:  April 19, 2010

                                                          */s/ Elizabeth F Rojas*
                                                       Elizabeth Rojas
                                                       Chapter 13 Standing Trustee

## PROOF OF SERVICE

1  I declare under penalty of perjury that I am over the age of eighteen and not a party to the
2  within action; that I am employed by Elizabeth Rojas,    Chapter 13 Standing Trustee, and that
3  on <u>April 19, 2010</u> I mailed and/or electronic copies were served to:

4

| | |
|---|---|
| LEONARDA G AGUILAR<br>13781 ELDRIDGE AVENUE<br>SYLMAR, CA  91342 | TODD J ROBERTS & ASSOCIATES<br>16601 VENTURA BLVD<br>4TH FLOOR<br>ENCINO, CA  91436 |
| United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA  91367 | AZTEC FORECLOSURE CORPORATION<br>3300 N CENTRAL AVENUE SUITE 2200<br>APN2503-010-029<br>PHOENIX, AZ  85012 |
| AZTEC FORECLOSURE CORPORATION<br>3300 N CENTRAL AVENUE SUITE 2200<br>PHOENIX, AZ  85012 | Aztec Foreclosure Corporation<br>3300 N. Central Avenue, Suite 2200<br>Phoenix, AZ  85012 |
| BAC HOME LOANS SERVICING<br>fka COUNTRYWIDE HOME LOANS<br>7105 CORPORATE DRIVE<br>PTX-B-209<br>PLANO, TX  75024-1319 | BAC Home Loans Servicing, L.P. fka Countrywide Hom<br>Bankruptcy Department<br>7105 Corporate Drive Mail Stop PTX-C-35<br>Plano, TX  75024 |
| CACII LLC<br>1101 CAPITAL OF TEXAS HIGHWAY<br>BUILDING K SUITE 150<br>AUSTIN, TX  78746 | CAINE AND WEINER<br>21210 ERWIN ST<br>WOODLAND HILLS, CA  91367 |
| CALIFORNIA CREDIT UNION<br>PO BOX 2 910 0<br>GLENDALE, CA  91209 | CAME AND WEINER<br>21210 ERWIN STREET<br>WOGDLAND HILLS, CA  91367 |
| COUNTRYWIDE<br>PO BOX 10287<br>VAN NUYS, CA  91410 | Countrywide<br>P.O. Box 10287<br>Van Nuys, CA  91410 |
| CREDIT PROTECTION ASSOCIATION<br>PO BOX 7813<br>BALDWIN PARK, CA  91706 | Elizabeth (SV) Rojas<br>Noble Professional Center<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA  91403 |
| FRANCHISE TAX BOARD<br>P O BOX 2952<br>BANKRUPTCY SECTION MS A340<br>SACRAMENTO, CA  95812-2952 | HERBERT P SEARS COLLECTION AGENCY<br>PO BOX 1231<br>BAKERSFIELD, CA  93303 |
| INTERNAL REVENUE SERVICE<br>MAIL STOP 5021<br>300 N LOS ANGELES STREET<br>LOSANGELES, CA  90012 | LAW OFFICES TODD J. ROBERTS<br>16601 VENTURA BOULEVARD, 4TH FLOOR<br>ENCINO, CA  91436 |
| OCWEN<br>12650 INGENUITY DRIVE<br>ORLANDO, FL  32826 | OCWEN FEDERAL BANK FSB<br>P O BOX 785053<br>ORLANDO, FL  32878-5053 |
| OCWEN LOAN SERVICING<br>PO BOX 6440<br>ORLANDO, FL  32878 | Ocwen Loan Servicing<br>Attn: Cashiering Department<br>P.O. Box 785053<br>Orlando, FL  32878-5053 |

Page 2 of 3 - Case No. SV09-12118-KT

| | |
|---|---|
| Ocwen Loan Servicing<br>P.O. BOX 785063<br>Orlando, FL  32878 | OCWN LOAN SERVICING<br>PO BOX 785063<br>ORLANDO, FL  32878 |
| PACIFIC GAS AND ELECTRICITY<br>PORTFOLIO RECOVERY<br>120 CORPORATE BLVD 1<br>NORFOLK, VA  23502 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 |
| PROGRESSIVE MANAGEMENT SYSTEN<br>1521 W CAMERON RVE F1 1<br>WEST COVINA, CA  91790 | RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVENUE, #1120<br>MIAMI, FL  33131 |
| WFNNB-THE AVENUE<br>PO BOX 659584<br>SAN ANTONIO, TX  78265 | |

Executed at Sherman Oaks California on April 19, 2010